555 new

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983

Name White Christopher E.
(Last) (First) (Initial)

Prisoner Number P-26845

Institutional Address P.O. BOX 1050 Soledad, CA. 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

Christopher Ellen White
(Enter the full name of plaintiff in this action.)

vs.

Charles D. Lee, M.D. Health care manager
DR. John Kasawa, M.D.
T. J. Carnes, R.N.

(Enter the full name of the defendant(s) in this action)

CV 08 3781
Case No.
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SALINAS VALLEY STATE PRISON

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

C08-3781SI

1. Informal appeal SVSP-07-04204, IAP CASE # 0718527 PARTIALLY GRANTED, SVSP#07-05071, IAP CASE # 0724275 PARTIALLY GRANTED

2. First formal level SVSP-07-04204 PARTIALL GRANTED, SVSP-07-05071 PARTIALLY GRANTED

3. Second formal level SVSP-07-04204 PARTIALLY GRANTED, SVSP-07-05071 PARTIALLY GRANTED

4. Third formal level IAP CASE NO. 0718527, IAP CASE # 0724275 NO CHANGES.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Christopher White P-26845 SALINAS VALLEY STATPRISON (A)FACILITY P.O. BOX 1050 Soledad CALIF 93960-1050

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

DR. John KASAWA M.D. - PRIMARY CARE PhYSiciAN SALINAS VALLEY STATE PRiSON, DR. ChARLES D. LEE, ChiEF MEDiAL OFFiCER, SALINAS VALLEY STATE PRiSON, T. J. CARNES, R.N. REGiSTERED

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Claim(1) ON OR About MARCh OF 2007, DEFENDANT John KASAWA, M.D. The PLAiNtiFF'S PRiMARY CARE PhYSiCiAN INFLicTed CRUEL AND UNUSUAL PUNishMENT AND DiLiberate INdiFFERENCE ON the PLAiNtiFF When HE CUT OFF The INSULIN TO The PLAiNtiFF CAUSiNG him INJURY bY CAUSiNG him INCREASE ChEST PAiNS, BLURRED ViSiON, FeeliNGS OF VERTiGO AND PAiNFUL LEGS. All This haviNG TAKEN PLACE DUE TO the ACT OF CUTTiNG OFF the PLAiNtiFFS INSULIN AND DESPitE the FACT that the PLAiNtiFF WAS KNOWN TO be A LONG TERM INSULIN DEPENDANT DiAbetic. This CONDUCT CONTiNUED OVER A PERiod OF TEN MONThS. The DEFENDANT DR. KASAWA, WENT A STEP FURTHER AND Reduced The PLAiNtiFF'S PAiN MEdiCAtiON Which the PLAiNtiFF'S PRiOR PhYSiCiAN

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Had Prescribed For A Painful Nerve Condition Called (Diabetic Nuropathy) Effecting the Plaintiff's Leg's And Feet. The Plaintiff had Been Receiving This Treatment For over Five Years Prior To Defendant Dr. Kasaw, M.D. Reduceing The Plaintiff's Pain Medication And Increasing the Pain And Suffering Of the Plaintiff Due To A Newly Enacted Policy Related To the Abouse of Medication by other unamed Inmates on (A) Facility Yard At Salinas Valley State Prison. when the Plaintiff objected To Defendant Dr. Kasawa's Actions. The Defendant Dr. Kasawa ordered The Plaintiff's medication Crushed And Floated As Punishment, and when the Plaintiff Protested Defendant Dr. Kasawa, M.D. Stated "That, That order came from Prison officials In Sacramento!" All of The Above mentioned Caused the Plaintiff To Suffer Emotional Distress.

The Plaintiff Filed A Form 602 grievance with Prison officials Complaining of the Actions of Defendant Dr. Kasawa, M.D.. the Plaintiff Addressed his grievances To Defendant Dr. Charles D. Lee, M.D. Health Care manager, And chief Medical officer For Salinas Valley State Prison, And the official Responsible For the Enforcement of All medical Policy, The Creator of medical Policy And Their Implementation And Supervisor of All Medical Staff, Including Defendant DR. John Kasaw M.D.. The Plaintiff's grievance's Included complaints of Defendant Dr. Kasawa's Failure To Follow the Platta Plan And Polices That Required The Plaintiff To be seen Every Ninety days Due To Cronic Health Care, Problems such As Diabeties, Heart Problems, And Cronic Pain Related Issues. Defendant Dr. Kasawa, Failed To monitor The Plaintiff As Called For under the Platta Plan. Defendant Dr. Kasawa Failed To monitor The Plaintiff Every thrity Days As called For under the PlattaL Pending the Completion of the Plaintiff's Cardact consult.

the DEFENDANT DR. KASAWA, FAILED TO FOLLOW UP the Feb 2007 REQUEST FOR A CARDIACT CONSULT, AND LEFT the PLAINTIFF SUFFERING FROM CONTINUED CHEST PAIN, which LEFT The PLAINTIFF SUFFERING IN PHYSICAL AND EMOTIONAL PAIN. The PLAINTIFF WAS NOT SEEN BY A CARDIOLOGIST UNTIL MAY 2008 A FULL TWO YEARS AND SIX MONTHS AFTER his ARRIVAL AT SALINAS VALLEY STATE PRISON. The ACTIONS OF DEFENDANTS DR. JOHN KASWA, M.D. WERE RECKLESS AND DONE WITH CALLOUS INDIFFERENCE TO THE PLAINTIFF'S RIGHTS TO PROPER MEDICAL CARE, AND TO be FREE FROM CRULE AND UNUSUAL PUNISHMENT, IN VIOLATION OF the PLAINTIFF'S 8th AMENDMENT RIGHTS. The PLAINTIFF HAS EXHUSTED ALL ADMINISTRATIVE REMEDYS. See Exhibit (A) which CONTAIN PLAINTIFF MEDICAL RECORDS, MENTAL HEALTH RECORDS EXHUSTED APPEAL.

Second Claim

ON 11-2-07 PLAINTIFF Filed A FORM 602 GRIEVANCE ADDRESSED TO DEFENDANT CHARLES LEE, M.D. CHIEF MEDICAL OFFICER OF SALINAS VALLEY STATE PRISON COMPLAINING OF the CONDUCT OF DEFENDANT T. J. CARNES, R.N. AND the NURSE RESPONSIBLE FOR INTERVIEWING the PLAINTIFF REGARDING his REQUEST FOR MEDICAL SERVICES. DURING the INTERVIEW bY DEFENDANT T. J. CARNES R.N., the PLAINTIFF MADE him AWARE his MANY MEDICAL ISSUES THAT NEEDED TO be ADDRESSED by the PLAINTIFF PRIMARY CARE PHYSICIAN. ALL OF which INCLUDED BACK PAIN, Shoulder PAIN, CHEST PAIN, AND KNEE PAIN. The PLAINTIFF WAS TOLD bY DEFENDANT T.J. CARNES, R.N. "THAT HE would be PLACED ON the NEXT DOCTORS LINE TO be SEEN bY the DOCTOR." DEFENDANT T. J. CARNES, R.N. NEVER PLACED the PLAINTIFF ON the DOCTORS LINE, but RATHER LEFT the PLAINTIFF SUFFERING AND IN PAIN. The PLAINTIFF WAS FORCED TO File SEVERAL MORE REQUEST FOR MEDICAL SERVICES AND EACH TIME HE WAS INTERVIEWED bY DEFENDANT T.J. CARNES, R.N. AND the DEFENDANT TOLD the PLAINTIFF "THAT He would be PLACEING the PLAINTIFF ON DOCTOR'S LINE TO be SEEN FOR CARDIACT RELATED ISSUES, AND ELEVATED BLOOD SUGARS, AND ALL the PAIN RELATED ISSUES WOULD HAVE TO WAIT FOR his NEXT CRONIC CARE APPOINTMENT." The DEFENDANT LEFT the PLAINTIFF SUFFERING AND IN PAIN AS HE WAS AWARE OF ALL the PLAINTIFF'S HEALTH CARE ISSUES YET HE FAILE TO PLACE THE PLAINTIFF ON DOCTORS LINE TO be SEEN bY the DOCTOR AND TO RECEIVE PROPER

medical ATTENTION FOR ALL OF The medical Conditions That The PLAINTIFF WAS COMPLAINING OF AT The Time He Requested medical Services. The ACTIONS OF DEFENDANT T. J. CARNES, R.N., WERE RECKLESS AND DONE With CALLOUS INDIFFERENCE TO The PLAINTIFF'S 8th Amendment Rights TO be Free From cruie AND UNUSUAL PUNISHMENT, AND DELIBERATE INDIFFERENCE TO The PLAINTIFF'S PAIN AND SUFFERING. The PLAINTIFF CONTINUES TO SUFFER PAIN AND EMOTIONAL DISTRESS DUE TO the DEFENDANTS ACTIONS. The PLAINTIFF has Exhusted ALL Administrative Remedy's Through The PRISON APPEAL PROCESS. See Exhibits (B) and (C) which contain PLAINTIFF'S Request For medical Services AND Exhusted APPEALS, And PLAINTIFF'S Medical Records AND Exhusted APPEAL.

Third Claim

ON OR About 9-1-07, And 11-2-07 The PLAINTIFF Filed TWO FORM 602 grievences COMPLAINING OF The CONDUCT And ACTIONS OF Both DEFENDANTS DR. KASAWA, AND T.J. CARNES, R.N. And Their FAILURE TO PROVIDE The PLAINTIFF With PROPER MEDICAL CARE AS REQUIRED UNDER The PLATA medical CARE STIPULATION. The PLAINTIFF Also COMPLAINED That POLICYS PUT IN PLACE by DEFENDANT DR. Charles Lee, CMO AND DR. John KASAWA, Were HAVING A ADVERSE EFFECT ON The PLAINTIFF'S Health. The PLAINTIFF Filed 2 Additional GRIEVENCES Addressed TO DEFENDANT DR. Charles Lee, CMO (CMO is A ACRONYM FOR chief medical officer.) COMPLAINING OF POLICY FAILURES RELATING TO REQUEST BY his DOCTOR TO HAVE A CARDIACT CONSULT DONE AND DEFENDANT DOCTOR Charles Lee's FAILURE TO APPROVE the REQUEST made by The PLAINTIFF'S DOCTOR, PLAINTIFF Also Filed A Second APPEAL COMPLAINING OF the CONDUCT OF DEFENDANT T. J. CARNES, RN'S FAILURE TO PLACE the PLAINTIFF ON The DOCTOR'S LINE FOR Right Shoulder PAIN AND REQUESTED DISCIPLINARY ACTION TO be TAKEN AGAINST DEFENDANT T. J. CARNES, R.N.

DEFENDANT DR. Charles Lee, is Chief Medical OFFICER OF SALINAS VALLEY STATE PRISON AND AS Such is Responsible FOR SUPERVISION OF ALL PRISON medical STAFF, CREATION OF medical POLICY, ENFORCEMENT OF POLICY, AND The OVER ALL DELIVERY OF medical Services AT SALINAS VALLEY STATE PRISON. DEFENDANT DR. Lee FAILED TO ACT When PUT ON NOTICE That DEFENDANT DR. KASAWA, had DISCONTINUED The PLAINTIFF INSULIN AS The PLAINTIFF WAS A Long Term INSULIN DEPENDENT Diabetic with A HISTORY OF High Blood PRESSURE, AND chest PAIN, AND the PLAINTIFF REQUESTED TO be Seen by A Diabetic SPECIALIST Via The PRISON APPEAL PROCESS.

Defendant Dr. Lee, acting as Health care manager and chief medical officer failed to enforce existent medical policy at Salinas Valley State Prison as they pertain to the Plaintiff's medical needs. Defendant Dr. Lee failed to allow the Plaintiff dispite elevating blood sugars of over 300, blurred vision and leg pain after having his insulin discontinued to be seen by a Diabetic Specialist. Defendant Dr. Lee failed to properly supervise Defendants Dr. Kaswa, and T.J. Carnes caused injury to the Plaintiff by failing to bring to an end the conduct of both Defendants Dr. Kasawa, and T.J. Carnes, R.N. medical staff under his supervision.

Defendant Dr. Lee failed to properly investigate the failures of Defendants Dr. Kasawa, T.J. Carnes, R.N. or to bring any type of disciplinary action against either Defendant for violating the Plaintiff clearly established rights to medical care, and to be free from cruel and unusual punishment and deliberate indifference. Defendant Dr. Lee failed to terminate the acts of Defendants Dr. Kasawa, and T.J. Carnes, R.N., which led to injury to the Plaintiff's physical health and causing emotional distress and caused by his unwillingness to put an end to the conduct being complained of. Defendant Dr. Lee, set a tone which condoned and encouraged the other defendants not to comply with proper medical care. The Plaintiff exhusted all prison administrative remedys. See Exhibits A, B, C, and D.

Exhibit (A)

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED JAN - 2 2008

Location: Institution/Parole Region 1. SVSP 2.
Log No. 1. A. 07-04204 2.
Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

BRANCH medication — pain meds reduced/crush! float/diabetes meds dc'd

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| White, C | P-26845 | N/A | A5 105 |

A. Describe Problem: This 602 Appeal is Addressed To Assocate Warden Moore. In Charge of medical at SVSP And pursuant To CCR. Title 15, Sec 3084.5 Levels of Review And Disposition, Sub Section (3)(D) Concening The Actions, Policies And Procedure of DR. Lee, M.D. CMO for SVSP And DR. Kasawa M.D. (A) Yard Chronic Care Doctor. DR. Lee And DR. Kasawa Have Put In Place Policies That Are Harmful To me And my Health. First, The Policy of Cutting off Insulin Dependant Diabetics From Their Insulin.

If you need more space, attach one additional sheet. (See Attached Sheet)

B. Action Requested: To be Seen And Treated by A [redacted] And To be given my Noon Dose of Nurotin, Also an End To The Curshing of my medication, And lastly An End To These Harmful Policies. And To see The memorandum Ordering The Curshing of Medication.

Inmate/Parolee Signature: Christopher White Date Submitted: 9-1-07

C. INFORMAL LEVEL (Date Received: ____________)

Staff Response: You are currently being treated with medication as deemed medically necessary. Your request is partially granted in that you can submit a 7362 with current symptoms. You will be seen by an RN within 24 HRS and referred to PCP if deemed necessary.

Staff Signature: D Jeans RN 9/14/07 Date Returned to Inmate: 9/18/07

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I Am dissatisfied, Because I have A Right To Be Seen by A Diabetic Specialist And I Am being Denied That Right Also my Questions Regarding Policies have Not Been Answered. Also, They Violated Title 15 by Failing To Interview me.

RECD SEP 24 2007

Signature: Christopher White Date Submitted: 9-21-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

32-07-2351 9/27/07 rejected by HA AS S/C

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

SVSP MEDICAL APPEALS
SEP 28 2007
RECEIVED

1ST LVL ☐ 2ND LVL ☐

First Level ☐ Granted ☐ P. Granted ☑ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 9-24-07 Due Date: 11-6-07

Interviewed by:

RN D. Jeans on 10/25/07. Denied. Your condition is being monitored through regular blood sugar level checks and you are enrolled in the Chronic Care Program. Your provider, whom you last saw on 10/01/07 is responsible for serving your medical needs and will determine the course of treatment. The provider will request lab tests, diagnostic tests or submit referral requests for outside consultations as deemed medically necessary. You are scheduled for the MD line in mid-November and you are advised to discuss this matter with your provided at that time. At the current time certain medications will continue to be crushed and floated for the safety and security of the institution. You may request to be provided with an alternative medication that does not fall under the crush and float policy.

Staff Signature: [signature] Title: SSA Date Completed: 11.1.07

Division Head Approved: Signature: [signature] Title: SRN II Returned Date to Inmate: 11/2/07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

The Reason I'm dissatisfied is Because You have Failed To Address my concerns, I have not Been seen on A cronic care Basis For over nine months also you fail to provide me with Documentation concerning the policy of crushing medication and you continue to violate the Plata mandate.

RET'D NOV 05 2007

Signature: Christopher White Date Submitted: 11-12-07

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 11-13-07 Due Date 12-13-07

☑ See Attached Letter

Signature: [signature] Date Completed: 12/12/07

Warden/Superintendent Signature: [signature] Date Returned to Inmate: RET'D DEC 14 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I Am dissatisfied, Because They clearly Did not Review my Blood sugar Flow sheets, They clearly did not see me on A cronic care Basis, They have not Followed The Plata Mandate And have Failed To meet my medical needs. And some of The lack of Action was Due To Retaliation on The Part of Dr. Kasawa And There was no Follow up By Dr. Lee who Allowed The lack of Action by Dr. Kasawa.

Signature: Christopher White Date Submitted: 12-18-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON
DEC 14 2007
1ST LVL ☐ 2ND LVL ☑

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

Date: APR 01 2008

CDC 602 (12/87)

RECEIVED NOV 13 2007

Prior to comming to SVSP, I was seen by a Diabetic Specialist and placed on Insulin. After being seen by Dr. Kasawa, I was cutt off my Insulin and told by him, "Insulin is not good for you!" He did this while my blood sugars continued to run high. Dr. Kasawa then went on to cutt the dosage of my Nuropathy medication Nurotin from 800mg to 600mg stating "To much medication is not good for you." I then objected to that type of treatment. He the went on to retaliation and subjecting me to cruel and unusual punishment by issuing my Nurotin in a crushed form and forcing me to taste the foul and bitter chemicals of the medication. "Stating that the policy of crushing medication comes from officals in Sacramento," Dr. Kasawa then went on to cutt my pain medicat from three times a day to twice a day without ever examining me or seeing me. Dr. Lee and Dr. Kasawas policies are deliberately indifferent to my serious medical needs and a violation of my Federal 8th Amendment Rights.

Finally the policy of not refering Diabetics who have poor blood sugar control to a Diabetic Specialist is harmful and puts me and inmates like me at risk of stroke or heart attack, blindness or loss of limbs.

A5-105

# INMATE APPEAL ROUTE SLIP

**To: CTC**

Date: September 27, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-07-04204** By Inmate **WHITE**, **P26845**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: MEDICAL

Due Date: **11/06/2007**

Special Needs:

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

RET'D NOV 0 5 2007

# INMATE APPEAL ROUTE SLIP

**To: CTC** / Brannon

Date: November 13, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-07-04204** By Inmate WHITE, P26845

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: MEDICAL

Due Date: **12/13/2007**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

State of California Department of Corrections and Rehabilitation

# Memorandum

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON
DEC 14 2007
1ST LVL ☐ 2ND LVL ☒

Date: December 11, 2007

To: Inmate White, P26845
Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-07-04204

**ISSUE**:

The appellant claims that policies have been put in place that are harmful to him and to his health. Appellant claims to have been put on insulin by a diabetic specialist but Dr. Kasawa discontinued the insulin and now his blood sugar levels are increasing. Appellant also claims that Dr. Kasawa reduced the dosage of his Neurontin from 800 mg to 600 mg and when he objected to the reduction Dr. Kasawa ordered his medication to be crushed and floated. Appellant feels this was done in retaliation and to subject him to cruel and unusual punishment. Appellant claims further that his pain medication was reduced from three times a day to twice a day. Appellant also feels that the policy of not referring diabetics who have poor blood sugar control to a diabetic specialist is harmful and puts him at risk of stroke, heart attack, blindness, or loss of limbs.

Appellant requests on appeal that he be seen and treated by a diabetic specialist and to be given his noon dose of Neurontin. He requests to see a copy of the memorandum ordering the crushing of medication and an end to the crushing of his medication and these harmful policies.

**INTERVIEWED BY**: RN D. Jeans on October 25, 2007.

**REGULATIONS**: The rules governing this issue are:

**California Code of Regulations, Title 15 Section:**
3350 Provision of Medical Care and Definition
3350.1 Medical Treatment/Service Exclusions
3354.1 Health Care Responsibilities and Limitations

**SUMMARY OF INVESTIGATION**:

The First Level of Review (FLR) was completed on October 31, 2007. Ms. D. Tyler, Nurse Practitioner, was assigned to investigate this appeal at the Second Level of Review (SLR) in collaboration with Dr. K. Brannon, Chief Physician and Surgeon. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State

Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).
In the response at the FLR the appellant was told that his request was denied in that his condition was being monitored through regular blood sugar level checks and through enrollment in the Chronic Care Program. His provider, whom he last saw on October 1, 2007, is responsible for serving the appellant's medical needs and will determine the course of treatment. The provider will request lab tests, diagnostic tests or submit referral requests for outside consultations as deemed medically necessary. The appellant was scheduled for the MD line in mid-November and he was advised to discuss the matter with his provider at that time. Appellant was informed that at the current time certain medications will continue to be crushed and floated for the safety and security of the institution. He may request to be provided with an alternative medication that does not fall under the crush and float policy.

The appellant elevated to the SLR on November 12, 2007 and expressed his dissatisfaction by stating that his concerns have not been addressed, that he has not been seen by chronic care in over nine months, and that there was a failure to provide him with documentation concerning the policy of crushing medications. Appellant further claims that there continues to be violations of the Plata mandate.

A thorough review of the appellant's unit health record was conducted on December 12, 2007. Regarding the appellant's request to be seen and treated by a diabetic specialist, referrals to consulting services are at the clinical discretion of the provider and the Medical Authorization Review (MAR) committee. At this time, the referral requested by the appellant is not medically indicated and is therefore denied. Regarding his request for his noon dose of Gabapentin, it is denied on the basis that an order does not exist for a dose at that time of day. Regarding the "crush and float policy" request, all drugs of potential abuse, which are not sustained release, will be crushed and floated in water. Policy changes are not implemented by this process. This appeal is partially granted in that it is documented that the appellant is being followed by his primary care provider on a regular basis and is receiving all treatment that is currently medically indicated.

**DECISION**: The appeal is Partially Granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

CHARLES D. LEE, M.D.
Health Care Manager
Salinas Valley State Prison



X

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/20/07 | | | d/c NPH insulin |
| | | | ~~FSG qac in 9 m x 7 days~~ (JC) |
| | | | F/U 1 wk |
| | | | [signature] MD |
| | | | Noted 3/20/07 @ 1515 [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:

INSTITUTION

ROOM/WING A5-105

CDC NUMBER, NAME (LAST, FIRST, MI)
White, Christopher
P 26845

Confidential client information
See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/26/07 | | | d/c maalox |
| | | | |
| | | | Tums 2 tabs qd prn |
| | | | HCTZ 25mg qd |
| | | | ECASA 81mg QOD |
| | | | |
| | | | ✓ Basic lytes ↑ mon |
| | → | | f/u 6 mons CCP [signature] MD |
| | | | f/u 3mons |
| | | | Noted [signature] RN 6/26/7 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:

INSTITUTION: SVSP

ROOM/WING: A5 105

CDC NUMBER, NAME (LAST, FIRST, MI): White P 26845

Confidential client information See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

CDC 7221 (2/00)

Sept 07

| DATE | TIME | GLUCOSE MONITOR READING | INSULIN TYPE | INSULIN AMOUNT / INJ CODE | INITIALS | DATE | TIME | GLUCOSE MONITOR READING | INSULIN TYPE | INSULIN AMOUNT / INJ CODE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1 | 0615 | 226 | — | — | [illegible] | 9-1-07 | 1520 | 230 | — | — | DW |
| 9/2 | 0630 | 170 | — | — | [illegible] | 9-2 | 1523 | 194 | — | — | DW |
| 9/4 | 0630 | 160 | — | — | [illegible] | 9-3 | 1500 | ~~142~~ 139 | — | — | DW |
| 9/5 | 0610 | 199 | — | — | [illegible] | 9/4 | 1520 | 312 | — | — | [illegible] |
| 9/6 | 0630 | 217 | — | — | [illegible] | 9/5 | 1505 | 263 | — | — | [illegible] |
| 9/7 | 0615 | 198 | — | — | [illegible] | 9/6 | 1515 | 239 | — | — | [illegible] |
| 9/8/07 | 0620 | 240 | 0 | — | [illegible] | 9-7 | 1520 | 299 | — | — | [illegible] |
| 9/9/07 | 0625 | 235 | 0 | — | [illegible] | 9-8 | 1510 | 290 | — | — | DW |
| 9/10/07 | 0625 | 224 | — | — | DW | 9-9 | 1510 | 204 | — | — | DW |
| 9-11 | 0645 | 231 | — | — | [illegible] | 9-10 | 1530 | 360 | — | — | M/DW |
| 9/12/07 | 0615 | 229 | — | — | [illegible] | 9-11 | 1520 | 186 | — | — | DW |
| 9/13 | 0625 | 238 | — | — | [illegible] | 9-12 | 1520 | 250 | — | — | [illegible] |
| 9/14 | 0607 | 268 | — | — | [illegible] | 9-13 | 1515 | 338 | — | — | DW |
| 9/15 | 0615 | 239 | — | — | [illegible] | 9/14/07 | 1515 | 248 | — | — | [illegible] |
| 9/16 | 0610 | 237 | — | — | Mw | 9-15 | 1520 | 232 | — | — | DW |
| 9/17 | 0620 | 208 | — | — | [illegible] | 9-16 | 1515 | 244 | — | — | DW |
| 9/18 | 0621 | 208 | — | — | [illegible] | 9/17 | 1520 | 290 | — | — | [illegible] |
| 9/19 | 0615 | 276 | — | — | mw | 9-18 | 1510 | 310 | — | — | [illegible] |
| 9/20/07 | 0634 | 210 | — | — | [illegible] | 9-19 | 1515 | 202 | — | — | DW |
| 9/21/07 | 0622 | 228 | — | — | MW | 9.20.07 | 1520 | 236 | | | [illegible] |
| 9/22/07 | 0620 | 222 | — | — | [illegible] | 9/21/07 | 1520 | 293 | — | — | [illegible] |
| 9/23/07 | 0610 | 200 | — | — | [illegible] | 9-22 | 1515 | 218 | — | — | DW |
| 9/24 | 0620 | 248 | — | — | [illegible] | 9-23 | 1520 | 219 | — | — | DW |
| 9/25 | 0625 | 236 | — | — | [illegible] | 9-24 | 1514 | 320 | — | — | DW |
| 9/26 | 0620 | 244 | — | — | mw | 9-25 | 1515 | 308 | — | — | DW |
| 9/27 | 0625 | 250 | — | — | [illegible] | 9-26 | | 381 | — | — | [illegible] |
| 9/28/07 | 0626 | 237 | — | — | [illegible] | 9-27/07 | 1520 | 352 | — | — | [illegible] |
| 9/29/07 | 0630 | 222 | — | — | [illegible] | 9-28-07 | 1525 | 301 | — | — | [illegible] |
| 9/30/07 | 0615 | 213 | — | — | [illegible] | 9/29 | 1500 | 160 | — | — | [illegible] |

| SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS |
|---|---|---|---|---|---|
| | | [illegible] LVN | [illegible] | [illegible] LVN | DW |
| | | [illegible] RN | [illegible] | [illegible] | [illegible] |
| | | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | M. Weichwein [illegible] | mw |
| | | | | [illegible] | |

INSTITUTION: SVSP

HEALTH CARE PROVIDER'S NAME

BED NUMBER

INJECTION SITE CODES:
(1) RIGHT UPPER OUTER QUADRANT
(2) LEFT UPPER OUTER QUADRANT
(3) RIGHT DELTOID
(4) LEFT DELTOID
(5) RIGHT THIGH
(6) LEFT THIGH
(7) RIGHT ABDOMINAL
(8) LEFT ABDOMINAL
(9) RIGHT VENTRAL GLUTEUS
(10) LEFT VENTRAL GLUTEUS

CDC NUMBER, NAME (LAST, FIRST, MI), DATE OF BIRTH

White, C
P26845

A-5
105

DIABETIC FLOW CHART
CDC 7247 (Rev. 8/98)

[illegible] OCT 0 1 2007

OCT 2007

Am | PM

| [DAT]E | TIME | GLUCOSE MONITOR READING | INSULIN TYPE | AMOUNT / INJ CODE | INITIALS | DATE | TIME | GLUCOSE MONITOR READING | INSULIN TYPE | AMOUNT / INJ CODE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1 | 0623 | 254 | | | N | 9-30-07 | 1525 | 274 | — | — | F |
| 10/2 | 0630 | 256 | | | A | 10/1 | 1524 | 349 | — | — | R |
| 10/3 | 0630 | 262 | — | — | m | 10/2 | 1525 | 341 | — | — | C |
| 10/4 | 0630 | 250 | — | — | m | 10/3 | 1515 | 433 | — | — | N |
| 10/5 | 0625 | 248 | — | — | m MW | 10-4 | 1520 | 182 | — | — | R |
| 10/6 | 0625 | 249 | — | — | N MW | 10-5 | 1520 | 275 | — | — | R |
| 10/7 | 0630 | 271 | — | — | N MW | 10/6 | 1545 | 366 | — | — | L |
| 10/08 | 0630 | 239 | | | KF | 10/7/07 | 1515 | 258 | — | — | Cg |
| 10/9 | 0620 | 278 | — | — | N MW | 10/8/07 | 1535 | 227 | — | — | R |
| 10/10 | 0620 | 222 | — | — | M | 10-9 | 1520 | 270 | — | — | Ow |
| 10/11 | 0620 | 246 | — | — | N | 10-10 | 1510 | 319 | — | — | Ow |
| 10/12 | 0630 | 240 | — | — | m | 10-11 | 1500 | 202 | | | R |
| 10/13 | 0624 | 239 | — | — | N | 10-12 | 1525 | 360 | — | — | R |
| 10/14 | 0625 | 240 | — | — | N | 10/13 | 1505 | 326 | — | — | L |
| 10/15 | 0625 | 244 | — | — | m | 10-14 | 1505 | 223 | — | — | Ow |
| 10/16 | 0600 | 237 | — | — | RT | 10-15 | 1511 | 323 | — | — | m |
| 10/17 | 0630 | 238 | — | — | m | 10-16 | 1515 | 355 | — | — | Ow |
| 10/18 | 0630 | 239 | — | — | m | 10-17 | 1510 | 238 | — | — | R |
| 10/19 | 0624 | 247 | — | — | m | 10-18 | 1510 | 347 | — | — | R |
| 10/20 | 0620 | 287 | — | — | m | 10/20 | 1510 | 377 | — | — | m |
| 10/21 | 0620 | 234 | — | — | N | 10-21 | 1521 | 270 | — | — | F |
| 10/22 | 0600 | 246 | — | — | F | 10-22 | 1505 | 358 | — | — | Cg |
| 10/23 | 0621 | 239 | — | — | AR M | 10-23 | 1512 | 217 | — | — | |
| 10/24 | 0625 | 252 | — | — | m | 10-24 | 1505 | 262 | — | — | R |
| 10/25 | 0620 | 259 | — | — | m | 10/25 | 1505 | 212 | — | — | R |
| 10/26 | 0800 | 240 | — | — | m | 10-26 | 1512 | 391 | — | — | R |
| 10/27 | 0640 | 238 | — | — | m | 10-27 | 1506 | 241 | — | — | C |
| 10/28/07 | 0633 | 234 | — | — | KB | 10-28 | 1516 | 265 | | | M |
| 10/29 | 0640 | 257 | — | — | m | 10-29 | 1520 | 391 | — | — | Cg |

| SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS |
|---|---|---|---|---|---|
| | | [signature] | R | M. Westhuvein [signature] | MW |
| | | P. [illegible] LVN | AR | [signature] | L |
| | | [signature] | KB | [signature] | N |
| | | [signature] | N | [signature] | R |
| | | | | [signature] | Cg |
| | | | | [signature] | RF |

[IN]STITUTION | HEALTH CARE PROVIDER'S NAME | BED NUMBER

[INJ]ECTION SITE CODES:
[(1) R]IGHT UPPER OUTER QUADRANT
[(2) L]EFT UPPER OUTER QUADRANT
[(3) R]IGHT DELTOID
[(4) L]EFT DELTOID
[(5) RI]GHT THIGH
(6) LEFT THIGH
(7) RIGHT ABDOMINAL
(8) LEFT ABDOMINAL
(9) RIGHT VENTRAL GLUTEUS
(10) LEFT VENTRAL GLUTEUS

CDC NUMBER, NAME (LAST, FIRST, MI), DATE OF BIRTH

White, C
P 26845
A-5
105

DIABETIC FLOW CHART
CDC 7247 (Rev. 8/98)

10/30/07

10/30/07 1530 213 ——— KG

November

| DATE | TIME | GLUCOSE MONITOR READING | INSULIN TYPE | INSULIN AMOUNT / INJ CODE | INITIALS | DATE | TIME | GLUCOSE MONITOR READING | INSULIN TYPE | INSULIN AMOUNT / INJ CODE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31 | 0630 | 248 | — | — — | m | 10/31 | 1530 | 238 | — | — — | m |
| 11/1 | 0630 | 254 | ^ | — — | h | 11-1-07 | 1522 | 329 | — | | m |
| 11/2 | 0640 | 219 | — | — — | m | 11-02 | 1516 | 284 | — | | H W |
| 11/3 | 0630 | 241 | — | — — | m | 11-03 | 1514 | 264 | | | CB |
| 11/4/07 | 0647 | 244 | — | — — | [illegible] | 11/4/07 | 1515 | 218 | — | — — | h |
| 11/5/07 | 0655 | 237 | — | — — | [illegible] | 11-5 | 1508 | 251 | — | | DW |
| 11-6-07 | 0638 | 244 | — | | [illegible] | 11-6 | 1141 | 361 | — | | Rr |
| 11-7-07 | 0638 | 253 | — | | [illegible] | 11-7 | 1020 | 248 | — | | Rr |
| 11-8 | 0634 | 229 | — | | DW | 11-8 | 1507 | 222 | | | Rr |
| 11/9 | 0630 | 231 | — | | g | 11/9 | 1510 | 410 | — | — — | m |
| 11/10 | 0618 | 252 | — | | ^ | 11/10 | 1505 | 346 | — | | ^ |
| 11/11 | 0618 | 242 | — | | | 11/11 | 1511 | 232 | — | | Rr |
| 11/12/07 | 0622 | 229 | — | | [illegible] | 11-12 | 1505 | 239 | — | | [illegible] |
| 11/13/07 | 0620 | 249 | — | | [illegible] | 11-13 | 1503 | 240 | — | | Rr |
| 11/14/07 | 0622 | 317 | — | | MW | 11-14 | 1504 | 351 | — | | Rr |
| 11/15/07 | 0630 | 282 | — | | MW | 11-15 | 1510 | 280 | — | | Rr |
| 11/16/07 | 0620 | 272 | — | | ^ MW | 11-16 | 1707 | 241 | | | ^ |
| 11/17/07 | 0640 | 263 | — | | MW | 11-17-07 | 1508 | 452 | — | | MW |
| 11/18/07 | 0626 | 287 | — | | MW | 11/18/07 | 1506 | 381 | — | | MW |
| 11-19 | 0625 | 276 | — | | DW | 11-19 | 1502 | 347 | — | | H |
| 11/20 | 060 | 270 | — | | ^ | 11-20 | 1510 | 332 | — | | Rr |
| 11/21/07 | 0629 | 242 | — | | MW | 11/21/07 | 1510 | 175 | | | |
| 11/22/07 | 0635 | 265 | | | M | 11/22 | 1515 | 348 | — | — — | M |
| 11/23 | 0615 | 260 | — | — — | M | 11/23/07 | 1507 | 263 | — | — — | [illegible] |
| 11/24 | 0630 | 279 | — | — — | M | 11/24 | 1510 | 337 | — | — — | M |
| 11/25 | 0626 | 279 | — | | [illegible] | 11/25 | 1505 | 312 | — | | ^ |
| 11/26 | 0635 | 244 | — | | [illegible] | 11/26 | 1500 | 361 | — | | MW |
| 11/27/07 | 0628 | 222 | — | | MW | 11-27 | 1500 | 234 | — | | Rr |
| 11/28/07 | 0600 | 215 | — | | Rr | 11-28 | 1509 | 295 | — | | Rr |

12/2 28/07

| SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS |
|---|---|---|---|---|---|
| | | [illegible signature] | [illegible] | [illegible signature] LVN | H |
| | | [illegible signature] | Rr | [illegible signature] | [illegible] |
| | | | | [illegible signature] | [illegible] |
| | | | | [illegible signature] | ^ |
| | | | | M. Westhiven [illegible] | MW |
| | | | | [illegible signature] | [illegible] |

INSTITUTION SVSP | HEALTH CARE PROVIDER'S NAME | BED NUMBER

CDC NUMBER, NAME (LAST, FIRST, MI), DATE OF BIRTH

White P26845. A5 105

INJECTION SITE CODES:
(1) RIGHT UPPER OUTER QUADRANT
(2) LEFT UPPER OUTER QUADRANT
(3) RIGHT DELTOID
(4) LEFT DELTOID
(5) RIGHT THIGH
(6) LEFT THIGH
(7) RIGHT ABDOMINAL
(8) LEFT ABDOMINAL
(9) RIGHT VENTRAL GLUTEUS
(10) LEFT VENTRAL GLUTEUS

DIABETIC FLOW CHART
CDC 7247 (Rev. 8/98)

11/27/07 1200 Copy to TJ RN. M. Northrup [illegible]

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

Off [illegible] Cardiology

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Christopher White | CDC NUMBER P26845 | INSTITUTION SVSP |
|---|---|---|
| DATE OF BIRTH 7/18/60 | EPRD DATE | GENDER M |
| PRINCIPLE DIAGNOSIS angina | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) Adenosine Thallium | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* **Diagnostic Procedure/Consultation** **Outpatient/Inpatient** (Outpatient circled) **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT** **URGENT** **ROUTINE** (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Wlodarczyk Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): 47 yo AA ♂ c HTN, DM, asthma - c/o episodes of chest tightness relieved by NTG.

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.): to UM

| REQUESTING PHYSICIAN PRINTED NAME Mack | APPROVED / AUTHORIZED / DENIED / DEFERRED BY (Approved circled) [illegible] 1/2/08 | DATE 1-3-08 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE R Mack | DATE 12/24/07 | Utilization management tracking #: (7108-32-OP-4854 |

| DATE OF CONSULTATION 5-2-08 | PRINTED NAME OF CONSULTANT Dr David Perez |
|---|---|

FINDINGS: Nuclear lab Coastal Cardiology

RECOMMENDATIONS: Report to follow

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE |
|---|---|
| ETA RN SIGNATURE [signature] | DATE 5/2/08 |
| PCP SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

P26845
White, Christopher

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
- ORIGINAL - FILE IN UHR
- GREEN - TO UHR PENDING ORIGINAL
- CANARY - CONSULTANT
- PINK - UM
- GOLD - SPECIALTY SCHEDULER

[illegible handwriting]

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| WHITE, CHRISTOPHER | | P 26845 | SVSP A5-105 |
| DATE OF BIRTH 7/18/1960 | EPRD DATE 10/2009 | | GENDER MALE |
| PRINCIPLE DIAGNOSIS CHEST PAINS - SOB / HEART ATTACK 1988 | | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) CARDIOLOGIST | | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* **Diagnostic Procedure/Consultation** **Outpatient/Inpatient** **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT** **URGENT** **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: ______

Proposed Provider: CARDIOLOGIST Anticipated Length of Stay: ______

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): ______

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): 46 Y/O Hx DIABETES, ASTHMA, HTN, OBESITY, HEART ATTACK 1988 EPISODIC CHEST PAINS, SOB. 5/30/2006 DOBUTAMINE STRESS ECHOCARDIOGRAM, ≠ obvious symptoms, EKG changes or evidence of stress induced coronary ischemia (FATHER DIED OF HEART ATTACK) MILD MITRAL + TRICUSPID REGURGITATION

Estimated time for service delivery, recovery, rehabilitation and follow-up: ______

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ______

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ______

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| L. BELL | | |
| REQUESTING PHYSICIAN SIGNATURE L. Bell NP | DATE 3/19/2007 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: ______

RECOMMENDATIONS: ______

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ______

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

State of California Department of Corrections & Rehabilitation
Salinas Valley State Prison Psychiatry Progress Note

**Date**:11/14/07 Time: 1300 Face to face interview ☐ Yes ☐ No If not, reason:
If not face to face, was I/M scheduled for a face to face psychiatry interview☐ Yes ☐ No If not reason:
**Patient Identification**:
**Subjective:**
Symptoms reported by I/M anxious re medical condition
DM II
HTN
Asthma
Medication side effects reported by I/M: Good but not help anxiety
Other issues discussed with I/M:
4meds
Trazodone 200 QHS

**Objective:**
Are consents current? ☑ Yes ☐ No 8/08
Review of recent lab tests
If I/M is on mood stabilizers, date of last lab results in UHR: N/A
If last results were abnormal, what action needs to be taken:
Review of other lab tests and new labs tests ordered:
Results of recent AIMS evaluation:
Mental Status Exam:

| | | | | |
|---|---|---|---|---|
| Suicidal ideation/impulses/intent | Absent (circled) | Mild | Moderate | Intense |
| Homicidal ideation/impulses/intent | Absent (circled) | Mild | Moderate | Intense |

Says wants something in daytime to help c stress. Stress related to MD's stopping his insulin.

**Assessment:**
Diagnosis: PTSD, Cluster B
Response to current medication regimen:

**Plan:**
☑ Continue current psych med regimen
☐ Revise current psych med regimen
Rationale for revising/continuing medication regimen: Start Vistaril
Cont Trazodone
**Patient Education:** Re his stress
see sol

**Print Name:** WILSON
**Signature:** [signature]

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2006] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: | Last Name: WHITE, CHRISTOPHER<br>First Name:<br>DOB:<br>Date:<br>CDC # P26845 |
|---|---|---|

PSYCHIATRY

State of California | Department of Corrections | Salinas Valley State Prison | CCCMS:A Facility

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:** All Staff, Clinicians, Treatment Teams.

ID Information: Age: 46 Race: AA 1st CDC Arrival: 1999 Points: ~~62~~ 75 56 EPRD: 11/2009 DDP: NDD

Date: 10/11/07
Time: 13:06

Sleep: (Good) Fair Poor | Appetite: (Good) Fair Poor | Energy Level: (Good) Fair Poor

Taking Medications: (Yes) No No Rx Intermittent Compliance | Disciplinary Problems: Yes (No)

Medication Problem: Yes No Not getting (I/M requesting change) | **Homicidal Ideation:** (None noted or stated)

Location: (A Yard MH) (Out of Cell) Refusal F/U Cell Front

**S** Issues Discussed: Informed consent. I/M blood sugar "out of whack" requesting to see Dr. Kitti due to high anger c̄ Med. Staff.

Treatment Problem #1: Depression Progress: some depression due to medical Tx

Treatment Problem #2: Hallucinations Progress: none reported @ this time.

Treatment Problem #3: Anxiety Progress: High Anxiety due to Medical Tx

**O** Mental Status:

General Appearance: (WNL) Poorly Groomed Odor Apparent Disheveled Bizarre Effeminate

Eye Contact: (Appropriate) Averts gaze Minimal None Glaring/Intense

Speech: WNL (Excessive) Incoherent Mute Rapid Slow Stammer Slurred Disorganized Poverty

Behavior: (Cooperative) Evasive Guarded Menacing Withdrawn Enraged Restless (Agitated) c̄ Medical Tx Argumentative Passive Resistant

Mood: Euthymic Dysphoric (Irritable) Anxious Angry Elevated Expansive Stated: due to Med. Tx

Affect: Appropriate Inappropriate Flat Blunted Constricted Labile Sad (Angry) (Anxious) Elated

Thought Process: (WNL) Circumstantial Tangential Flight of Ideas Disorganized Slowed Blocking Loosening Overinclusive

Thought Content: (WNL) Compulsions Obsessions Ruminations Phobias Anxieties Distortions Exaggerations

Delusions: Absent Withdrawal Insertion Outside Control (Paranoid) — thinks Dr. Kasawa is "out to get" him Grandiose Erotic Religious

Perceptual Disturbance: (Denied) AH VH Other: ______

**Suicidal Ideation:** (Absent) Present No Plan Current Plan Recent Attempt Denied History History of Attempt

**A** Assessment: Stable

Dx: Mood D/O, NOS; PTSD; Personality D/O, NOS GAF: 65

**P** Plan: **1.** F/U plan/rationale: SEE IN 90 DAYS OR PRN I/M REQUEST

**2.** Group Assignment: ☐Conflict Resolution ☒Anger Management ☐Lifer ☒Waitlist ☐Enrolled ☐Not interested ☐Not Appropriate

**3.** Referrals made: psychiatry **4.** Work/School Assignment:

**E** Education of the Patient: NA

J. Sahly, Ph.D., Staff Psychologist [signature] | C. Sanders, Ph.D., Licensed Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name, First Name: | House: |
|---|---|---|---|
| CDCR 7230-MH (rev. 06/06) | (CCCMS) | White, C. | A5-105 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | CDC #: P26845 | DOB: 7/18/60 |

OCT 16 2007

State of California Department of Corrections Salinas Valley State Prison CCCMS:A Facility

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams.

ID Information: Age: 47 Race: AA 1st CDC Arrival: 1999 Points: 56 EPRD: 11/2009 DDP: NDD

Date: 3/19/08 Time: 10:54

Sleep: (Good) Fair Poor — Appetite: (Good) Fair Poor — Energy Level: (Good) Fair Poor

Taking Medications: (Yes) No No Rx Intermittent Compliance — Disciplinary Problems: Yes (No)

Medication Problem: Yes (No) Not getting I/M requesting change — Homicidal Ideation: (None noted or stated)

Location: (A Yard MH Out of Cell) Refusal F/U Cell Front

S Issues Discussed: I/M requested CM appt. continues to complain of extreme pain in his right "shoulder. Yesterday I/M reports that he was finally given his a.m. Rx @ 13:00

Treatment Problem #1: Depression Progress: } ↑ due to frustration c̄ medical staff.

Treatment Problem #2: Anxiety Progress: }

Treatment Problem #3: PTSD Progress: no sxs reported

O Mental Status:

General Appearance: (WNL) Poorly Groomed Odor Apparent Disheveled Bizarre Effeminate

Eye Contact: (Appropriate) Averts gaze Minimal None Glaring/Intense

Speech: (WNL) Excessive Incoherent Mute Rapid Slow Stammer Slurred Disorganized Poverty

Behavior: (Cooperative) Evasive Guarded Menacing Withdrawn Enraged Restless Agitated Argumentative Passive Resistant

Mood: Euthymic (Dysphoric) (Irritable) (Anxious) Angry Elevated Expansive Stated: "Extremely Frustrated"

Affect: Appropriate Inappropriate Flat Blunted Constricted Labile (Sad) Angry Anxious Elated

Thought Process: (WNL) Circumstantial Tangential Flight of Ideas Disorganized Slowed Blocking Loosening Overinclusive

Thought Content: (WNL) Compulsions Obsessions Ruminations Phobias Anxieties Distortions Exaggerations

Delusions: (Absent) Withdrawal Insertion Outside Control Paranoid Grandiose Erotic Religious

Perceptual Disturbance: (Denied) AH VH Other:

Suicidal Ideation: (Absent) Present No Plan Current Plan Recent Attempt Denied History History of Attempt

A Assessment: stable though upset, no SI/HI reported.

Dx: Mood D/O NOS, PTSD, PD NOS GAF: 65

P Plan: 1. F/U plan/rationale: SEE IN ~~90 DAYS~~ 2 weeks OR PRN I/M REQUEST

2. Group Assignment: ☐Conflict Resolution ☒Anger Management ☐Lifer ☒Waitlist ☐Enrolled ☐Not interested ☐Not Appropriate

3. Referrals made: none — 4. Work/School Assignment: wait list

E Education of the Patient: HW to journal what positive attributes have helped him make it through all the difficult times.

J. Sahly, Ph.D., Staff Psychologist [signature] — C. Sanders, Ph.D., Licensed Psychologist [signature]

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES<br>CDCR 7230-MH (rev. 06/06)<br>Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE:<br>(CCCMS) | Last Name, First Name: White, C.<br>CDC #: P26845 | House: A5-105<br>DOB: 7/18/60 |
|---|---|---|---|

MAR 25 2008

**State of California** **Department of Corrections** **Salinas Valley State Prison** **CCCMS:A Facility**

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:** **All Staff, Clinicians, Treatment Teams.**

ID Information: Age: 47 Race: AA 1st CDC Arrival: 1999 Points: 56 EPRD: 11/2009 DDP: NDD

Date: 4/9/08
Time: 10:37

Sleep: Good (Fair) Poor — Appetite: (Good) Fair Poor — Energy Level: (Good) Fair Poor

Taking Medications: (Yes) No No Rx Intermittent Compliance — Disciplinary Problems: Yes (No)

Medication Problem: Yes (No) Not getting I/M requesting change — Homicidal Ideation: None (noted or stated)

Location: (A Yard MH) (Out of Cell) Refusal F/U Cell Front

S Issues Discussed: Been having problems getting 602 forms, I/M reports that the building C/O's refused to give him 602 forms.

Treatment Problem #1: Depression Progress:
Treatment Problem #2: Anxiety Progress:
Treatment Problem #3: PTSD Progress:

} I/M continues to report ↑ Sxs due to feeling as though his medical concerns are not being treated properly.

O Mental Status:

General Appearance: (WNL) Poorly Groomed Odor Apparent Disheveled Bizarre Effeminate

Eye Contact: (Appropriate) Averts gaze Minimal None Glaring/Intense

APR 11 2008

Speech: (WNL) Excessive Incoherent Mute Rapid Slow Stammer Slurred Disorganized Poverty

Behavior: (Cooperative) Evasive Guarded Menacing Withdrawn Enraged Restless Agitated Argumentative Passive Resistant

Mood: Euthymic (Dysphoric) (Irritable) Anxious Angry Elevated Expansive Stated: I/M tearful @ a few x during interview.

Affect: Appropriate Inappropriate Flat Blunted Constricted Labile (Sad) (Angry) Anxious Elated

Thought Process: (WNL) Circumstantial Tangential Flight of Ideas Disorganized Slowed Blocking Loosening Overinclusive

Thought Content: (WNL) Compulsions Obsessions Ruminations Phobias Anxieties Distortions Exaggerations

Delusions: (Absent) Withdrawal Insertion Outside Control Paranoid Grandiose Erotic Religious

Perceptual Disturbance: (Denied) AH VH Other:______

Suicidal Ideation: (Absent) Present No Plan Current Plan Recent Attempt Denied History History of Attempt

A Assessment: Stable no SI/HI

Dx: Mood D/O NOS, PTSD, PD NOS GAF: 65

P Plan: 1. F/U plan/rationale: SEE IN 90 DAYS OR PRN I/M REQUEST

2. Group Assignment: ☐Conflict Resolution ☐Anger Management ☐Lifer ☒Waitlist ☐Enrolled ☐Not interested ☐Not Appropriate

3. Referrals made: none — 4. Work/School Assignment: wait list

E Education of the Patient: Encouraged to develop activities to reduce stress & worry

J. Sahly, Ph.D., Staff Psychologist [signature] — G. Goldstein, Psy.D., Licensed Psychologist [signature]

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name, First Name: White, C. | House: A5-105 |
|---|---|---|---|
| CDCR 7230-MH (rev. 06/06) | (CCCMS) | CDC #: P26845 | DOB: 7/18/60 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: APR 01 2008

In re: Christopher White, P26845
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

IAB Case No.: 0718527 Local Log No.: SVSP-07-04204

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I **APPELLANT'S ARGUMENT:** It is the appellant's position that policies have been put in place that are harmful to him and his health. The appellant further contends to have been put on insulin by a diabetic specialist; however, Dr. Kasawa discontinued the insulin and now his blood sugar levels are increasing. The appellant also states that Dr. Kasawa reduced his dosage of Neurontin and when he objected, Dr. Kasawa ordered the medication as "crush and float". The appellant feels this was done in retaliation and is cruel and unusual punishment. The appellant also feels that the policy of not referring diabetics with poor blood sugar control to a specialist is harmful and puts them at risk for a stroke, heart attack, blindness or loss of limb. The appellant is requesting to be treated by a diabetic specialist and to been administered his noon dosage of Neurontin. The appellant is also requesting to be allowed to see the memorandum ordering crushing of medication and to put an end to these harmful policies.

II **SECOND LEVEL'S DECISION:** It is the institution's position the appellant's requests were denied as his condition was being monitored through regular blood sugar checks and enrollment into the Chronic Care Program (CCP). The appellant was also advised he is being adequately, including diagnostic testing and referrals, if medically indicated. The appellant was informed that certain medications will continued to be crushed for the safety and security of the institution; however, he may request an alternate medication that does not fall under the crush and float policy. The appellant was advised referrals to a specialist would be submitted by his primary care physician (PCP), if medically indicated. At the present, the appellant's PCP has determined that a referral to a diabetic specialist is not medically indicated. In addition, the appellant was informed that Neurontin is not administered at noon; therefore, his request was denied. The appellant was also informed that all medications that have a high potential for abuse are crushed, pursuant to current policy. The appellant has been evaluated by his PCP on a regular basis and he is receiving the treatments deemed medically necessary.

III **DIRECTOR'S LEVEL DECISION:** Appeal is denied.

A. **FINDINGS:** The appellant contends his health is at risk due to his diabetic treatment regimen and he is the subject of retaliation by Dr. Kasawa. These allegations are refuted, as the appellant is being evaluated by his PCP and he is enrolled in the Diabetic CCP. The appellant was also informed that Neurontin is a medication with a high abuse potential; therefore, it is crushed, pursuant to current policy. In addition, current policy dictates that Neurontin is not administered at noon; however, the appellant may request an alternative medication that does not have a potential for abuse. The appellant is reminded the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and/or other conditions, and prescribe medical treatment for inmates. It is not appropriate to self-diagnose medical problems and expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional health care staff familiar with the appellant's medical history. In addition, the Department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case,

treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. After review, there is no compelling evidence that warrants intervention at the Director's Level of Review, as the appellant is receiving the treatment deemed medically necessary, including medications and enrolment into the Diabetic CCP.

**B. BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3350.2, 3354

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc: Warden, SVSP
Health Care Manager, SVSP
Appeals Coordinator, SVSP
Health Care Appeals Coordinator, SVSP

**Summary of Medical Care Improvements Required by the Plata Court Order**

**Reception Center**: Improved new arrival screening; physical exam by doctor required within 14 days.

**Sick Call**: A registered nurse (RN) must review sick call slips every day to determine urgent or emergency problems and must do a face-to-face interview with patients within one working day of receiving the sick call slip. Sick call with the clinic doctor within one day to two weeks, depending on the seriousness of the problem. Priority ducats will be issued for appointments.

**Specialty Clinics and Consultations**: Specialty appointments must be completed within 14 to 90 days of approval depending on seriousness of problem; prisoners waiting for a specialty appointment must be seen by a doctor every 30 days. Follow-up appointment with clinic doctor within 14 days of appointment.

**Urgent / Emergency Response**: A RN must be available on-site at all times; a RN or a physician must decide every case of urgent or emergency care, through either a face to face evaluation or a phone call with the inmate-patient.

**Infirmary Care**: New procedures established for operation of correctional treatment centers and outpatient medical units; follow-up appointment with primary care physician required within three working days of discharge.

**Preventive Care**: Cancer screening and other preventive services as recommended by the United States Preventive Services Task Force.

**Chronic Care**: Patients with chronic medical conditions (for example, diabetes or heart disease) must be identified and enrolled in chronic care program in which they are seen by a doctor at least every 90 days (unless the condition is well-controlled) for evaluation and treatment with standardized guidelines.

**Diagnostic Services**: Routine blood tests required to be drawn within 10 days; routine x-rays to be completed within 30 days (one business day for urgent requests); patient required to be notified of blood test results.

**Medication**: Formulary prescriptions to be filled immediately if an emergency or urgent, or within 24 hours if routine; adequate pharmacy staffing and space required; medication renewal and refill system required.

**Medical Diets**: Required for end-stage liver and kidney organ patients; nourishment bags and diet supplements available to others as medically necessary.

(over)

**Transfers**: Patients must be transferred with medical record and new confidential summary of medical status. Completion of pending specialty or consultation appointments required at new prison within 30 days of original appointment date. Medical chronos remain in effect after transfer.

**Quality Monitoring**: Each prison required to undertake continuous program to monitor compliance; CDC central office required to regularly monitor each prison's compliance with medical policies and procedures consistent with the implementation schedule below. Special procedures established for review of every death.

**Schedule for Improvements**:

By January 1, 2003, at all prisons: (1) around-the-clock nursing coverage; (2) transfer protocols to be used; (3) priority ducats for medical appointments; (4) medical diets for kidney or liver end-stage organ failure patients; (5) new treatment protocols if money and staff available.

All other improvements under the following schedule;

2003: Valley State, Corcoran, High Desert, CSP-Sacramento, Salinas Valley, CIW and CCWF
2004: CCI, Mule Creek, San Quentin, SATF, and PVSP
2005: Centinela, CIM, CMC, CMF, and RJD
2006: CRC, DVI, Folsom, CSP-Los Angeles (Lancaster), and CSP-Solano
2007: CCC, Calipatria, Chuckawalla, North Kern, North Kern II
2008: Avenal, CTF, Ironwood, SCC, and Wasco

Exhibit (B)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. SVSP-A 2.

Log No. 1. 07-05071 2.

Category 8 CTC-#2

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Access to care — back, knee, shoulder, heart, blood sugar

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| White, C | P-26845 | N/A | A5-105 |

A. Describe Problem: This 602 is Addressed To DR. Lee The CMO OF SVSP in charge of medical Departments, And Pursuant To C.C.R. title 15 Section 3084.5(A)(3)(D) Levels of Appeal And Disposition And Concerning The medical Policies of medical STAFF on (A) Yard. I have Twice Request medical services in oct of 07, one, For Back And Knee Pain. I was Told by (TJ) The Interviewing R.N. That I would Be Placed on The Doctor's Line To be seen

If you need more space, attach one additional sheet. See Attched

B. Action Requested: To Be Seen by the Doctor And To Be seen on a Cronic Care Plan, And That STAFF be Informed of The Cronic Care Policy Per. Plata, Also an End To The Policy of making Inmates Wait To be Seen For Cronic Care.

Inmate/Parolee Signature: Christopher White RECEIVED NOV 06 2007 Date Submitted: 11-2-07

C. INFORMAL LEVEL (Date Received: 11/19/07)

Staff Response: PARTIALLY Granted, 12/24/07 is his Chronic Care Appt. STAFF ARE AWARE OF POLICY AND ALL VISITS ARE IN ACCORDANCE WITH ESTABLISHED POLICY.

Staff Signature: [signature] RN Date Returned to Inmate: 11/26/07

SVSP MEDICAL APPEALS RECEIVED

INMATE APPEALS BRANCH RECEIVED FEB 27 2008

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am dissatisfied Because Number (1) While I am enrolled In Cronic Care I have Been seen only once In The Year Since I have Been Here, And Two, I have Not Been Seen by The Doctor When I Requested And After being Seen by The R.N. on Duty And Told I would Be Placed on DR. Line. While They Are aware of Platta The are not Following It. I am Left with Pain Issue unAddressed.

Signature: Christopher White Date Submitted: 11-23-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

32.07.2924

CDC Appeal Number:

REC'D NOV 26 2007

SVSP-A-07-05071 (WHITE)

SVSP MEDICAL APPEALS NOV 27 2007 RECEIVED

First Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 11-27-07 Due Date: 1-9-08

Interviewed by:

RN S. Mejias on 12/18/07. Partially Granted. You were seen on 11/13/07 for a follow-up of your blood sugars, and on 12/24/07 in the Chronic Care Program (CCP) for your chronic care issues. You have another CCP visit scheduled for early February of 2008. The CCP visits are intended to address only your chronic care issues while the regular acute care clinic addresses issues that are not chronic. Additionally, following his/her assessment of your chronic care issues, your Primary Care Provider determines the frequency with which future visits under the CCP will occur. If you are charged for a visit under the CCP then submit an appeal with your trust account statement for determination if a refund is in order.

Staff Signature: [signature] Title: Health Care Appeals Coordinator Date Completed: 1/7/08

Division Head Approved: Signature: Mark Hudson Title: SRN II Returned Date to Inmate: RECD JAN 08 2008

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I AM dissatisfied Because ① I WAS NEVER INTERVIEWED REGARDING THESE ISSUES ② THEY NEVER SAW ME FOR MY CHEST PAIN AND WHILE I WAS REFERED FOR CARDIACT CONSULT AND THIS NEVER TOOK PLACE AND THAT WAS OVER A YEAR AGO, ANOTHER PLATA VIOLATION. NO ACTION HAS BEEN TAKE AGAIST THOSE WHO ARE RESPONSIBLE FOR THIS SITUATION

Signature: Christopher White RECD JAN 10 2008 Date Submitted: 1-9-08

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 1/14/08 Due Date: 2/18/08

☐ See Attached Letter

SVSP MEDICAL APPEALS JAN 15 2008 RECEIVED

Signature: [signature] 1/31/08 Date Completed: 1/3[illegible]

Warden/Superintendent Signature: [signature] Date Returned to Inmate: RET'D FEB [illegible] 2008

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I AM dissatisfied Because Here it is I Received This ANSWER ON 2/15/08, AND have NOT Been Seen ON CCP APPOINTMEST MADE FOR 2/5/08 AND I CONTINUE TO have CHEST PAIN, BACK PAIN, KNEE PAIN AND Shoulder PAIN THAT IS going UNTREATED. The PCP REQUESTED THAT I RETURN IN 30 DAYS AFTER SEEING ME ON DEC, 24 THERE WAS NO FOLLOW UP THEN, AND AGAIN NO FOLLOW UP AS OF 2-5-08 While medication is FASTLY APPROACHING EXPERATION, WITH NO HELP IN SIGHT.

Signature: Christopher White Date Submitted: 2/19-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

SVSP INMATE APPEALS OFFICE RECEIVED COMPLETED RESPONSE ON

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

JAN 08 2008

Date:

MAY 21 2008

1ST LVL ☑ 2ND LVL ☐

CDC 602 (12/87)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: MAY 2 - 2008

In re: Christopher White, P26845
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

IAB Case No.: 0724275 Local Log No.: SVSP-07-05071

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I APPELLANT'S ARGUMENT:** It is the appellant's position he has requested medical services twice and was placed upon the doctor's line, but was never seen. The appellant further alleges he was charged a copayment for those instances even though he was not seen. The appellant also claims he is being charged for services that could have been taken care of during a chronic care visit that has not taken place for ten months. The appellant is requesting to be seen by the doctor; to be seen on a chronic care plan; for staff to be performed of the chronic care policy per Plata; and, for an end to the policy of making inmates wait to be seen in chronic care.

**II SECOND LEVEL'S DECISION:** It is the institution's position the appellant was interviewed by Registered Nurse Mejias on December 18, 2007. Results of the interview revealed the appellant was evaluated on November 13, 2007, for a follow-up to his blood sugars; and, on December 24, 2007, in the chronic care program. The appellant was advised he had a pending cardiology consultation for an adenosine thallium treadmill study. He was also advised to submit a CDC Form 602, Inmate/Parolee Appeal Form with his trust account statement to determine if a refund was in order.

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The appellant contends he is not being evaluated in the Chronic Care Clinic as mandated. These allegations are refuted, as the appellant has been evaluated in the Chronic Care Clinic as mandated by the Inmate Medical Services Program. The appellant was referred to the cardiologist in March (2007) for chest pain; and, again, on December 24, 2007, for an adenosine thallium treadmill study. On April 27, 2008, the reviewer was informed by S. May, Health Care Appeals Coordinator, the appellant's cardiology consultation will take place within 20 days; however, due to security purposes, the exact date is not being revealed. The appellant is reminded the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and/or other conditions, and prescribe medical treatment for inmates. It is not appropriate to self-diagnose medical problems and expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional health care staff familiar with the appellant's medical history. In addition, the Department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. After review, there is no compelling evidence that warrants intervention at the Director's Level of Review, as the appellant has been provided the treatment deemed medically necessary, including medications and specialty services.

**B. BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3350.2, 3354

**C. ORDER:** No changes or modifications are required by the Institution.

CHRISTOPHER WHITE, P26845
CASE NO. 0724275
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, SVSP
           Health Care Manager, SVSP
           Appeals Coordinator, SVSP
           Health Care Appeals Coordinator, SVSP

by The Doctor, However I was never Been by The Doctor, However I was Changed A 5.00 co-pay. I again Put In A Request To Be seen by A Doctor For Shoulder Pain, Back Pain, And Knee Pain And was Interviewed BY TJ Clinic R.N., And was Told BY Him That "He would Put me on DR. Line To Be seen by The Doctor For High Blood Sugars And Cardiact Issues, And That The Issues Conceniny my Back Pain, Shoulder Pain And Knee Pain would have To Wait Untill I was seen For Cronic Care. I Informed Him That I Have not been seen For Cronic Care For Almost Ten months. Where As Per Plata, I Am To be seen Every 90 days. I was Informed That The Policy was Changed To Six months. While I have Been Changed For The visits To The clinic. The Policy In Place of Changin The Cronic Care Violates Plata And also The Policy of Not Placing Inmates on Doctor's Line who Are Suffering And In Pain ~~Violate~~ Violates The 8th Amendment, As of This day I still have not SeenA Doctor For medical Pain Related Issues. However All Along Being Changed For Services That could Have Been Taken Care of During A Cronic Car Visit That still Has not Taken Place. These Policy's Are Harmful To me And Other Inmates In The Same Situation.

State of California Department of Corrections and Rehabilitation

# Memorandum

Date: January 31, 2008

To: Inmate White, P26845
Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-07-05071

**ISSUE**:

The appellant claims that he has twice requested medical services and would be placed on the doctor's line but it never happened. Appellant further claims that he was charged a copay for those instances even though he was never seen by the doctor. Appellant also claims that he is being charged for services that could have been taken care of during a chronic care visit that he claims has not taken place for almost ten months.

Appellant requests on appeal that (1) he be seen by the doctor, (2) he be seen on a chronic care plan, (3) staff be informed of the chronic care policy per Plata, and (4) there be an end to the policy of making inmates wait to be seen for chronic care.

**INTERVIEWED BY**: Registered Nurse (RN) S. Mejias on December 18, 2007.

**REGULATIONS**: The rules governing this issue are:

**California Code of Regulations, Title 15 Section:**
3350 Provision of Medical Care and Definition
3350.1 Medical Treatment/Service Exclusions
3354.1 Health Care Responsibilities and Limitations

**SUMMARY OF INVESTIGATION**:

The First Level of Review (FLR) was completed on January 7, 2008. Ms. D. Tyler, Nurse Practitioner (NP), in collaboration with Dr. K. Brannon, Chief Physician and Surgeon (A), was assigned to investigate this appeal at the Second Level of Review (SLR). All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

In the response at the FLR the appellant was told that the appeal was partially granted. He was informed that he had been seen on November 13, 2007 for a

follow-up of his blood sugars, and on December 24, 2007 in the Chronic Care Program (CCP) for his chronic care issues. The appellant was scheduled for another CCP visit in early February of 2008. The CCP visits are intended to address only chronic care issues while the regular acute care clinic addresses issues that are not chronic. Additionally, following his/her assessment of all chronic care issues, the Primary Care Provider (PCP) determines the frequency with which future visits under the CCP will occur. The appellant was further informed that if he is charged for a visit under the CCP then submit an appeal with his trust account statement for determination if a refund is in order.

The appellant elevated to the SLR on January 9, 2008 stating that never interviewed regarding these issues, that he was never seen for his chest pain and that even though he was referred for a cardiac consult and it never happened. Appellant stated that was over a year ago.

The appellant's Unit Health Record (UHR) has again been reviewed. The appellant has a pending referral appointment with a cardiologist for a service called adenosine thallium. It was submitted as a routine referral on December 24, 2007. An earlier referral to the cardiologist, for chest pains and shortness of breath, was submitted on March 19, 2007

Speaking to request number 1, since submitting his appeal on November 2, 2007 the appellant was seen by his PCP in the acute care clinic on November 13, 2007 for a follow-up visit for increased blood sugar; therefore, request number 1 is granted.

Speaking to request number 2, the appellant was seen in the CCP clinic on June 26, 2007 and on December 24, 2007 for his chronic care issues. The appellant is scheduled for the CCP clinic again on February 5, 2008. Request number 2 is therefore granted.

The appellant's request for staff to be informed of the chronic care policy per Plata is granted in that medical staff have been educated in such policy.

Request number 4 is denied in that such a request is inconsistent with the established Plata guidelines. However, should the appellant experience a significant increase in the signs and/or symptoms of his chronic care condition, the appellant is advised to submit a CDCR 7362 HEALTH CARE SERVICES REQUEST FORM in order to have the issue addressed in the acute care clinic.

The appeal is partially granted in that the appellant has been seen by his PCP in both the acute care clinic and in association with the CCP, staff have been educated regarding Plata guidelines, and the appellant has been informed that follow-up visits with CCP will be as determined by his PCP and that any changes may be addressed by submitting a CDCR 7362 for early follow-up.

**Inmate White, P26845**
**Case No. SVSP-A-07-05071**
**Page 3**

**DECISION**:  The appeal is **Partially Granted.**

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

CHARLES D. LEE, M.D.
Health Care Manager
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

**To: CTC** / Dr Brannon

Date: January 14, 2008

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-07-05071** By Inmate WHITE, P26845

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: MEDICAL

Due Date: **02/08/2008**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

1453109

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White | P-26845 | A5 105 |
| PATIENT SIGNATURE Christopher White | | DATE 9-16-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) KNEE PAIN HIP PAIN FROM AURTHITIS

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | |
|---|---|
| **Date / Time Received:** [illegible] 9-21-07 | **Received by:** [illegible] |
| **Date / Time Reviewed by RN:** [illegible] 9-21-07 | **Reviewed by:** [illegible] |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

pain med, tyl.

O: T: 97 P: 76 R: 16 BP: 128/76 WEIGHT:

Hx of arthritis

A:

P: will discuss c MD for tyl

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☑

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY M Kim | NAME OF INSTITUTION SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| M Kim | [signature] | [illegible] 9-21-07 |

1520480

(RN)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White C | P-26845 | A5-105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 10-4-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) ① RT SHOULDER PAIN AND RIGHT HIP LOWER BACK

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | | | |
|---|---|---|---|
| **Date / Time Received:** | 10/5/7 | **Received by:** | |
| **Date / Time Reviewed by RN:** | 0730 | **Reviewed by:** | [signature] |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 98.2 P: 83 R: 14 BP: 122/75 WEIGHT: 282

A:
P: F/u [illegible]

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY [signature] | NAME OF INSTITUTION SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| [signature] | [signature] | 10/9/07 0730 |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

578142

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5-105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 1/12/07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I WAS SEEN ON 12/18/06 AND MS BEY RENEWED All OF MY medications, EXCEPT MY NUROTIN 800 mg. I AM THEREFOR LEFT SUFFERING With SEVERE LEG PAIN IN Both LEGS FROM PROREFERAL NUROPATHY. I need MY Medication RENOWED. THANK YOU.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| **Date / Time Received:** 1/16/07 2100 | **Received by:** [signature] |
| **Date / Time Reviewed by RN:** 1/17/07 0730 | **Reviewed by:** [signature] RN |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

I/m ducated to medical line tomorrow 01/18/07. Deferred treatment to MD evaluation. [signature] RN 1/17/07

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

3/14

7497797

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5 105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 2-20-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I need to see the Doctor regarding my right shoulder, I am in pain all the time now, and this has been going on for several months.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | |
|---|---|
| **Date / Time Received:** 2-22-08 0730 | **Received by:** [signature] |
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

R. Shoulder Pain

O: T: P: R: BP: WEIGHT: 278

A:

P: F/u MD Scheduled

☒ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY: J. Carnes | NAME OF INSTITUTION: SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| J. Carnes RN | [signature] | 2/25/08 0930 |

 Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

7501546

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5-105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 3-1-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem) I NEED TO SEE THE DOCTOR FOR CHEST PAIN, AND SHOULDER PAIN.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | | | |
|---|---|---|---|
| **Date / Time Received:** | 3/3/08 0730 | **Received by:** | [illegible] |
| **Date / Time Reviewed by RN:** | | **Reviewed by:** | |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

Pt's only complaint was request to go back to the same regimen Blood sugar check - once during the day instead of coming second in the morning

O: T: P: R: BP: WEIGHT:

A:

P: Will discuss c MD who is not here today

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☑

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY: M Kim | NAME OF INSTITUTION: SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| M Kim | M Kim | 3-3-08 |

7507869

ATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEAL CARE SERVICES REQUES ORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5 105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 3-4-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I AM REQUESTING TO BE SEEN BY THE DOCTOR FOR CHEST PAIN AND RIGHT SHOULDER PAIN

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Chest pain
Relieved c̄ NTG

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 97.3 P: 96 R: 16 BP: 112/68 WEIGHT: 278

A:
P: F/u MD

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY R. Carver | NAME OF INSTITUTION SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| R. Carver | RN | 3/5/08 |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

RECEIVED MAR 07 2008

7530821

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5-105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 6-20-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I HAVE the FLU AND WOULD LIKE TO bee SEEN FOR THAT, AND FOR CONTINUED Chest PAIN.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | | | |
|---|---|---|---|
| **Date / Time Received:** | 6/21/08 0730 | **Received by:** | D. Olson, RN |
| **Date / Time Reviewed by RN:** | | **Reviewed by:** | |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P: URI

☒ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY: D. Kaufman | NAME OF INSTITUTION: SVSP 1015 |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | D. Kaufman RN | 6/23/08 |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

RECEIVED JUN 26 2008

Exhibit(c)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

July 3, 2008

WHITE, CHRISTOPHER, P26845
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

RE: IAB# 0735482 SVSP-08-01065 MEDICAL

Mr. WHITE:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.

N. Grannis

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. SVSP A 2.
Log No. 1. 08.01066 2.
Category 8 2nd CTC

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Dr Appt

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| White, C | P-26845 | N/A | A5 105 |

A. Describe Problem: This 602 is Addressed To Dr. Lee, M.D., CMO of SVSP And Pursuant To CCR Title 15 §3084.5 Levels of Appeal Review And Disposition (3)(D). This 602 concerns Clinic Nurse R.N. T.J. Carnes And concerning his un-willingness To Follow medical Policy under The Plata Policy. For over seven months, I have Attempted To be see by my PCP For Right Shoulder Pain. I have Filed Several Form 7362 Requesting To be seen by the Doctor And Each Time I was seen by T.J. Carnes R.N. Twice I was Told

If you need more space, attach one additional sheet. See Attached

B. Action Requested: I would Like To be seen by the Doctor without Further Delay, And I would Like Disciplinary Action Taken Against Against R.N. T.J Carnes For Failing To Follow The Plata Policy And Plan.

RECEIVED FEB 28 2008

Inmate/Parolee Signature: Christopher White Date Submitted: 2-27-08

C. INFORMAL LEVEL (Date Received: ______

BYPASS

Staff Response: ______

INMATE APPEALS BRANCH MAY 29 2008 RECEIVED

granted

Staff Signature: ______ Date Returned to Inmate: ______

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: ______ Date Submitted: ______

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

0735482
P26845

SVSP MEDICAL APPEALS
FEB 29 2008
RECEIVED

First Level ☒ Granted ☒ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 2/29/08. Due Date: 4/11/08

Interviewed by: T. J. Carnes, RN on 3/26/08. SVSP-A-08-1065 White, P26845. You state that for months you have attempted to see the PCP for right shoulder pain. You want to see the doctor without further delay (602 filed 2/27/08). Since the face to face interview you were seen by the PCP on 3/11/08. He explained to you the xray. A follow up appointment was scheduled for 30 days after the 3/11/08 appt. You were also prescribed Tylenol w/Codeine. Your appeal request is granted in that you were seen by the PCP as you requested.

Staff Signature: TJC Title: RN Date Completed:

Division Head Approved Signature: [signature] Title: SCMO [?] Returned Date to Inmate: RET'D APR 08 2008

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I AM dissatisfied because This 602 Failes TO Address T.J. CArnes's Failure TO Follow, The medical Policy AS mandated by Plata, And his Failure TO Place me on Doctor's Line, As well As It is INAPPROPRIATE FOR T.J. CARNES OR ANY OTHERS TO CONDUCT INVESTIGATIONS OF Their CONDUCT.

Signature: Christopher White Date Submitted: 4-15-08

RECEIVED APR 17 2008

SVSP MEDICAL APPEALS
APR 22 2008
RECEIVED

Second Level ☒ Granted ☐ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 4-21-08 Due Date: 5-15-08

☒ See Attached Letter

Signature: Kathleen M Wall Date Completed: 5-14-08

Warden/Superintendent Signature: Barry Dixon Date Returned to Inmate: RET'D MAY 15 2008

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

FirstLY, I AM dissatisfied because It is INAPPROPRIATE FOR TJ CARNES TO CONDUCT ANY TYPE OF INTERVIEW OF A 602 Filed AGAINST Him. Second, It Failes To Address The Fact That He Failed To Place me ON Doctor's Line within the 14 days Required under the Plata Plan, And Third This 602 Failes To Address ANY DISCIPLINARY Actions FOR Failing TO Follow Plata, And conducting Interviews Concerning his own Actions see Attached

Signature: Christopher White Date Submitted: 5-22-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date:

White, P26845, SVSP-A-08-1065

That I would be Placed on Doctors Line To be Seen by The Doctor And This never occured. Here Again I requested To See The Doctor For the Shoulder on 2-25-08, And I Again was Told That I was To be Seen on 3-16-08 For A Cronic care Appointment, And Refused To Put me on Doctors Line To be seen. The Problem Here And Now is That The Doctor Will Not See me For Treatment For my Shoulder during A Cronic care Appointment, And He has Told me This Himself And Told me To File A 7362. This is A direct Violation Of The Plata Urgent care Policy, As well As A Violation Of The Sick call Policy under PlatA. I Am being Denyed Medical Care under PlatA. Also It is Wrong To keep me Between A Rock And A Hard Place By Failing To Place me on Doctors Line For Treatment For my Shoulder. I Am Clearly In Pain And Left Suffering And Intorement.

State of California Department of Corrections and Rehabilitation

# Memorandum

Date: May 14, 2008

To: Inmate White, P26845
Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-08-1065

**ISSUE**:
It is the appellant's position that he has been unable to see the PCP for over seven months. He states that he has attempted to see the PCP for right shoulder pain.

The appellant requests that he would like to be seen by the doctor without further delay.

**INTERVIEWED BY**: T.J. Carnes, Registered Nurse on March 26, 2008.

**REGULATIONS**: The rules governing this issue are:

**California Code of Regulations, Title 15 Section:**
3350 Provision of Medical Care and Definition
3350.1 Medical Treatment/Service Exclusions
3354.1 Health Care Responsibilities and Limitations

**SUMMARY OF INVESTIGATION**:

The First Level of Review (FLR) was completed on April 8, 2008. K. Wall, Director of Nursing was assigned to investigate this appeal at the Second Level of Review. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

The appellant was advised at the First Level of review that it was determined that he was seen by his PCP on March 11, 2008 and discussed his x-ray with the PCP. A follow up appointment was scheduled for 30 days after the March 11, 2008 appointment. The appellant was also prescribed Tylenol w/Codeine. The appeal request is granted in that the appellant was seen by the PCP as he requested.

At the Second Level of Review, a thorough research of the appeal issue was completed.
On October 9, 2007, the appellant was seen by the RN for shoulder pain. He was given the medication, Naproxen.
On November 13, 2007 the appellant was seen by the MD for shoulder pain and an x-ray was ordered.
On November 21, 2007 the appellant was seen by the MD and prescribed pain medication.
On December 24, 2007 the appellant was seen by the MD to discuss the results of the x-ray.
On February 25, 2008 the appellant was seen by the Registered Nurse regarding his shoulder pain, was given more medications, and referred to the MD Line.
On March 11, 2008 the appellant was seen by his PCP. The provider discussed only his diagnosed CCP conditions with him and deferred conditions not included under the CCP guidelines to another appointment time. This action was appropriate as determined by the PCP.

The appellant's statement that he was not seen by the provider is unwarranted as he was seen by the Registered Nurse, given medications per the Plata protocol and referred to the PCP. The fact that the appellant was seen in three weeks instead of the two weeks is due to a change in staffing level at that time. He was seen at the earliest appointment time. The appeal is granted in that the appellant was seen by the provider as he was referred to the PCP by the RN.

**DECISION**: The appeal is Granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Barry Dixon CHS AIII for

CHARLES DUDLEY LEE, MD
Health Care Manager
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

SVSP MEDICAL APPEALS
FEB 29 2008
RECEIVED

## To: CTC

Date: February 29, 2008

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-08-01065** By Inmate **WHITE**, **P26845**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: MEDICAL

Due Date: **04/11/2008**

Special Needs:

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison



# INMATE APPEAL ROUTE SLIP

**To: CTC** –DON 2/L

Date: April 21, 2008

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-08-01065** By Inmate WHITE, P26845

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: MEDICAL

Due Date: **05/15/2008**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

YOU WILL FIND ATTACHED COPY'S OF MY MEDICAL RECORDS AS A OFFER OF PROOF THAT I WAS NOT SEEN FOR MY SHOULDER PAIN UNTIL 11-13-07 WHICH WAS A CRONIC CARE APPOINTMENT, AND ON 3-11-08 AT WHICH TIME, I WAS PRESCRIBED TYLENOL #3. MY MEDICAL RECORDS ARE SILENT AS TO SHOULDER PAIN PRIOR TO THE ABOVE TWO DATES, AS R.N. T.J. CARNES FAILED/REFUSED TO PLACE ME ON DOCTOR'S LINE PRIOR TO THESE TWO DATES. AND THE INVESTIGATION FAILS TO RESPOND TO OR ADDRESS THE QUESTION OF DISCIPILNARY ACTION AGAINST R.N. T.J CARNES, FOR FAILURE TO FOLLOW THE PLATA POLICY. IT IS CLEAR ~~FOR~~ FROM THE ABSENCE FROM ANY NOTES ON THE DAYS PRESENTED IN THIS APPEAL THAT I WAS NOT SEEN ON ALL THE DATES BY THE DOCTOR REGARDING RIGHT SHOULDER PAIN.

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/24/07 | | | D/C Glipizide |
| | | | ↓ Metformin 500mg po BID × 100 days |
| | | | 70/30 Insulin 20 units q AM } SQ × 100 days |
| | | | " 10 units q PM |
| | | | Regular Insulin Sliding Scale - SQ |
| | | BS | 201 - 250 2 units |
| | | | 251 - 300 4 units |
| | | | 301 - 350 6 " |
| | | | 351 - 400 8 " |
| | | | >400 10 " notify MD |
| | | | |
| | | | Fingerstick BS 2x/day × 100 days |
| | | | Glucose tabs 4gm prn × 90 days |
| | | | F/U CCP 30 days |
| | | | ECASA 81mg po qd × 180 days |
| | | | TUMS ii BID prn × 100d [signature] |
| | | | Noted 12/24/07 [signature] LVN |

ALLERGIES:

INSTITUTION: SVSP

ROOM/WING: A5-105

CDC NUMBER, NAME (LAST, FIRST, MI): P76845 White, Christopher 7/12/60

Confidential client information See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/13/07 | | | ↑ Glipizide 10 mg po BID } × 100 days |
| | | | Metformin 1000 mg po BID |
| | | | 1000 mg |
| | | | Hgb A1c on 12/6/07 |
| | | | Zocor 10 mg po qhs × 180 days |
| | | | F/U CCP 45 days RMack |
| | | | x-ray (R) shoulder |
| | | | |
| | | | [illegible] 11/13/07 [illegible] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:

INSTITUTION: SVSP

ROOM/WING: A5-105

CDC NUMBER, NAME (LAST, FIRST, MI): White, Christopher P26845

Confidential client information See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

CDC 7221 (2/00)

STATE OF CALIFORNIA OSP 05 90611 DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/21/07 | 1545 | | Gabapentin 600 mg PO BID |
| | | | Crush + float X 90 days |
| | | | |
| | | | [signature] |
| | | | [illegible] |

| ALLERGIES: | INSTITUTION | ROOM/WING A-5-105 |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

White Christop.

P-26845

Confidential client information See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

NOV 26 2007

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/25/08 | 0531 | | DC Gabapentin |
| | | | Gabapentin 600mg PO BID DOT |
| | | | Crush + float x 180 days |
| | | | Dispense P~~[illegible]~~ |
| | | | RMueck |
| | | | |
| 2/1?/08 | | | Noted [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:

INSTITUTION:

ROOM/WING: A-5-105

CDC NUMBER, NAME (LAST, FIRST, MI)

White Christopher
07-18-60
P-26845

Confidential client information See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA OSP 05 90611 DEPARTMENT OF CORRECTIONS

RECEIVED FEB 29 2008

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/11/08 | | | NTG 0.4mg q5min prn NTE 3 tab x 180 day RR |
| | | | Lab CMP, CBC, Hgb A1c |
| | | | Tylenol #3 i tab po HS - Crush & Float - DOT x 180d |
| | | | RMack |
| | | | cancel F/U appt |
| | | | F/U CCP 30 days |
| | | | RMack |
| | | | Noted 03/11/08 1500 [illegible] |

ALLERGIES: PCN

INSTITUTION: SVSP

ROOM/WING: A5-105

CDC NUMBER, NAME (LAST, FIRST, MI): White, Christopher P26845 7/18/60

Confidential client information See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5 105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 2-20-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I need to see the Doctor regarding my right shoulder, I am in pain all the time now, and this has been going on for several months.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

**Date / Time Received:** 2-22-08 0730 **Received by:** [signature]
**Date / Time Reviewed by RN:** **Reviewed by:**

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

R. Shoulder Pain

O: T: P: R: BP: WEIGHT: 278

A:
P: F/U MD Scheduled

☒ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY: J Carne | NAME OF INSTITUTION: SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| J Carne [illegible] | [signature] | 2/25/08 0530 |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

California Department of Corrections and Rehabilitation ... of Correctional Health Care Services
Inst. SCSP Encounter for: Musculoskeletal Complaint (Non-traumatic)
Name: White Christopher CDC# P-26541 DOB: 2/18/60 Date/Time: 2/25/08 0515
(Fill in the blanks and check all that apply)

**SUBJECTIVE**

Chief Complaint: Left ~~Lower~~ Shoulder Pain
Date and time of onset: 8-9 months
Pain Scale of 0-10 (0=no pain 10=worst pain): 8
Area of pain: (R) Shoulder
Quality of pain: Sharp
What makes it better? Nothing
History of prior pain / duration: Just Starting hurting (R) Shoulder
☐ Low back pain ☐ Flank pain
Urinary symptoms: ☐ Urinary frequency ☐ Dysuria
☐ Burning on urination ☐ Hematuria
☐ Muscle spasms ☐ Numbness ☐ Tingling
Other: ____
History of chronic illness: ☐ Arthritis ☐ Cancer
☑ Diabetes ☐ Blood dyscrasias ☐ Renal Disease
Other: ____
History of: ☐ Fever ☐ Chills ☐ Headache
☐ Nausea /Vomiting ☐ Diarrhea ☐ Fatigue
☐ Recent Trauma: Describe: ____

☐ Other: ____
Allergies: PCN NKA
Current medications: Nothing for Pain

**OBJECTIVE**

☑ Awake, alert, oriented to person, place, time
Vital signs: BP: 117/76 Pulse: 82 Resp: 14
Temp: 97.6 ☐ Urine dipstick
Results of dipstick / urinalysis: ____

Assess areas involved: (R) Shoulder
Extremity: ☑ Upper ☐ Lower ☑ Right ☐ Left
Describe: Color: Normal
☐ Warmth ☑ Tenderness ☐ Swelling
☐ Deformity ☐ Circulation ☐ Sensation
☑ ROM Describe: ↓ Rom Pain c̄ Movement
Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness
☐ Tremors
Gait / Stance (describe): No Limp

**ASSESSMENT**

☐ Impaired physical mobility related to: ____

☑ Pain related to / evidenced: RT unpleasant sensory and emotional experience AEB Chronic RT Diabetes AEB preoccupation c̄ Pain

**PLAN**

MD referral completed (circle): NO / (YES) If yes:
☐ STAT (Positive urine dipstick and patient has signs and symptoms consistent with a UTI, alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea, severe muscle cramps, muscle weakness with or without fever, warm or acutely swollen joints)
☐ Urgent ☑ Routine
☐ Orders received by phone from POC
Physician notified (name / time) ____
Physician Responded (time) ____

MUSCLE CRAMPS / EXTREMITY PAIN
☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr
☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist, not to exceed 6 tabs/24hrs
☐ Naproxen Sodium 220mg 2 tabs PO 1st hour, 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hr
☐ Activity as tolerated.

JOINT PAIN / LOW BACK PAIN
☐ Apply (circle one) ice or heat as appropriate.
☒ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tab/24hrs
☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist, not to exceed 6 tab/24 hrs
☐ Naproxen Sodium 220mg 2 tabs 1st hour, 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs
☑ Activity as tolerated.
☑ Treatment given per RN Protocol:

**EDUCATION**

Patient instructed in: ☑ Use of medications
☑ Level of activity
☑ Patient Health Care Education Forms given to patient (specify) Stretches
☐ Resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist, deteriorate, increase in swelling or pain, decreased ROM or CSM or ____
☑ Patient verbalized understanding of instructions

Rom

Signature

California Department of Corrections and Rehabi... Division of Correctional H... Care Services

Inst: SVSP Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: White Christopher CDC#: P-26841 DOB: 7/18/60 Date/Time: 2/28/08 0530

Fill in the blanks and check all that apply

DISPOSITION

Time released: 930

☑ Condition on release: Ambulatory

☑ Returned to housing unit

☐ Housing reassignment to:

☐ Referred for follow-up

☐ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify)

Person/time contacted:

Time/Mode of transfer: Ambulatory

ERV contacted (time)

ERV arrived (time)

Breakfast

Lunch Meal

List name(s) of RN Protocols used: Muscle Skeletal

Signature / Title

1456195

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, Christopher | T-26845 | A-5 105 |
| PATIENT SIGNATURE | | DATE |
| [signature] | | 9-25-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had, The Problem) (1) I Am Diabetic And I Have A Infected Left Big Toe And (2) Right Shoulder Injury

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | |
|---|---|
| **Date / Time Received:** 9/26/07 0715 | **Received by:** |
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

Seen by Podiatry Treated Toe 9/26/07

Shoulder Pain

O: T: 97.8 P: 92 R: 16 BP: 133/90 WEIGHT: 280

A:

P: F/u MD Routine

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☑ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY [signature] | | NAME OF INSTITUTION SVSP | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| [illegible] | [signature] | 9/26/07 1130 |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services

Inst: SOL Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: White Christopher CDC#: P-26375 DOB: 7/18/60 Date/Time: 9/2/01 1130

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: Shoulder pain

Date and time of onset: 2 month ago

Pain: Scale of 0-10 (0=no pain 10=worst pain): 10

Area of pain: R) Shoulder

Quality of pain: Sharp

What makes it better? Nothing

History of prior pain / duration: Unknown

R) Shoulder

☐ Low back pain ☐ Flank pain

Urinary symptoms: ☐ Urinary frequency ☐ Dysuria

☐ Burning on urination ☐ Hematuria

☐ Muscle spasms ☐ Numbness ☐ Tingling

Other: ____

History of chronic illness: ☐ Arthritis ☐ Cancer

☑ Diabetes ☐ Blood dyscrasias ☐ Renal Disease

Other: ____

History of: ☐ Fever ☐ Chills ☐ Headache

☐ Nausea /Vomiting ☐ Diarrhea ☐ Fatigue

☐ Recent Trauma: Describe: ____

☐ Other: ____

Allergies: Penicillin

Current medications: Tylenol

**OBJECTIVE:**

☑ Awake, alert, oriented to person, place, time

Vital signs: BP: 135/81 Pulse: 97 Resp: 16

Temp: 97.8 ☐ Urine dipstick

Results of dipstick / urinalysis: None

Assess areas involved: R) Shoulder

Extremity: ☑ Upper ☐ Lower ☑ Right ☐ Left

Describe: Color: Normal

☐ Warmth ☐ Tenderness ☐ Swelling:

☐ Deformity ☐ Circulation ☐ Sensation

☑ ROM Describe: Decreased Rom Can't lift over head, or hurts

Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness

☐ Tremors

Gait / Stance (describe): No limping

**ASSESSMENT:**

☐ Impaired physical mobility related to: ____

☑ Pain related to / evidenced: Skeletal Muscle Disorder AEB Complaint

**PLAN:**

MD referral completed: (circle) NO / YES If yes:

☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints)

☐ Urgent ☑ Routine

☐ Orders received by phone from POC

Physician notified (name / time) ____

Physician Responded (time) ____

MUSCLE CRAMPS / EXTREMITY PAIN

☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr

☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24hrs

☐ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hr

☐ Activity as tolerated.

JOINT PAIN / LOW BACK PAIN

☐ Apply (circle one) ice or heat as appropriate.

☑ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tab/24hrs

~~☑ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tab/24 hrs~~

☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs

☑ Activity as tolerated.

☑ Treatment given per RN Protocol:

**EDUCATION:**

Patient instructed in: ☑ Use of medications

☑ Level of activity

☐ Patient Health Care Education Forms given to patient: (specify) ____

☐ Resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist, deteriorate, increase in swelling or pain; decreased ROM or CSM; or

☐ Patient verbalized understanding of instructions

Rom

T J Conner RN

Signature / Title

California Department of Corrections and Rehabi[illegible] Division of Correctional H[illegible] Care Services

Inst: SVSP Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: White Chris CDC# P-26845 DOB: 7/18/60 Date/Time 9/27/07 1130

Fill in the blanks and check all that apply

**DISPOSITION**

Time released 1130

☑ Condition on release: Ambulatory

☑ Returned to housing unit

☐ Housing reassignment to:

☐ Referred for follow-up

☐ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify)

Person/time contacted:

Time/Mode of transfer: Amb.

ER V contacted (time)

ER V arrived (time)

Room

Come back, if worse

List name(s) of RN Protocols used: Skeletal Muscle Disorder

Signature / Title

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White C | T-26845 | A5-105 |
| PATIENT SIGNATURE: Christopher White | | DATE: 10-4-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) (1) Rt Shoulder Pain and Right hip Lower Back

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | | | |
|---|---|---|---|
| **Date / Time Received:** | 10/5/7 | **Received by:** | |
| **Date / Time Reviewed by RN:** | 0730 | **Reviewed by:** | [signature] |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 98 P: 83 R: 14 BP: 122/75 WEIGHT: 282

A:

P: F/U [illegible]

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|

| | |
|---|---|
| REFERRED TO PCP: | DATE OF APPOINTMENT: |
| COMPLETED BY [signature] | NAME OF INSTITUTION SCSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| [illegible] | [signature] | 10/9/07 0730 |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

California Department of Corrections and Rehabi[...] Division of Correctional H[...]th C[...]re Services

Inst: SVSP Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: White Christ. CDC#: P-26845 DOB: 7/18/60 Date/Time 10/9/07

Fill in the blanks and check all that apply

**DISPOSITION**

Time released 0845

☑ Condition on release: Amb.

☑ Returned to housing unit

☐ Housing reassignment to:

☐ Referred for follow-up

☐ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify)

Person/time contacted:

Time/Mode of transfer: Amb

ERV contacted (time)

ERV arrived (time)

List name(s) of RN Protocols used: Muscle Skeletal ..

Signature / Title

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services

Inst: SQ — Encounter Form: Musculoskeletal Complaint (Non-traumatic)

Name: White / Chris CDC#: P-26845 DOB: 7/13/66 Date/Time: 10/9/07 0845

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: Shoulder Pain

Date and time of onset: Surgery

Pain: Scale of 0-10 (0=no pain 10=worst pain) 8

Area of pain: (R) Shoulder

Quality of pain: Sharp

What makes it better? ~~Nothing~~ Nothing

History of prior pain / duration: unknown

☐ Low back pain ☐ Flank pain X Shoulder Pain

Urinary symptoms: ☐ Urinary frequency ☐ Dysuria ☐ Burning on urination ☐ Hematuria

☐ Muscle spasms ☐ Numbness ☐ Tingling

Other:

History of chronic illness: ☐ Arthritis ☐ Cancer ☑ Diabetes ☐ Blood dyscrasias ☐ Renal Disease

Other:

History of: ☐ Fever ☐ Chills ☐ Headache ☐ Nausea /Vomiting ☐ Diarrhea ☐ Fatigue ☐ Recent Trauma: Describe:

☐ Other: None

Allergies: Penicillin

Current medications: Tylenol

**OBJECTIVE:**

☑ Awake, alert, oriented to person, place, time

Vital signs: BP: 124/79 Pulse: 83 Resp: 14

Temp: 98.2 ☐ Urine dipstick

Results of dipstick / urinalysis: None

Assess areas involved: Shoulder (R)

Extremity: ☑ Upper ☐ Lower ☑ Right ☐ Left

Describe: Color: Normal

☐ Warmth ☐ Tenderness ☐ Swelling: ☐ Deformity ☐ Circulation ☐ Sensation

☑ ROM Describe: Full Rom

Muscle: ☐ Atrophy ☐ Hypertrophy ☐ Weakness ☐ Tremors

Gait / Stance (describe): No Limp

**ASSESSMENT:**

☐ Impaired physical mobility related to:

☑ Pain related to / evidenced: Rt Shoulder Muscle Disorder AEB Chronic Pain

**PLAN:**

MD referral completed: (circle) NO / (YES) If yes:

☐ STAT ( Positive urine dipstick and patient has signs and symptoms consistent with a UTI; alterations in circulation or sensation, new deformity or discoloration, or patient appears ill or has history of fever, chills, headache, nausea, vomiting, or diarrhea; severe muscle cramps; muscle weakness with or without fever; warm or acutely swollen, joints)

☐ Urgent ☑ Routine

☐ Orders received by phone from POC

Physician notified (name / time)

Physician Responded (time)

MUSCLE CRAMPS / EXTREMITY PAIN

☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12tabs/24hr

☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24hrs

☐ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hr

☐ Activity as tolerated.

JOINT PAIN / LOW BACK PAIN

☐ Apply (circle one) ice or heat as appropriate.

☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tab/24hrs

☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tab/24 hrs

☑ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tab/24hrs

☐ Activity as tolerated.

☐ Treatment given per RN Protocol:

**EDUCATION:**

Patient instructed in: ☑ Use of medications

☐ Level of activity

☐ Patient Health Care Education Forms given to patient: (specify) Stretches

☐ Resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist, deteriorate, increase in swelling or pain; decreased ROM or CSM; or

☑ Patient verbalized understanding of instructions

ROM

[signature]

Signature / Title

ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC

CDC XXXX

8/05

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☑

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5 105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Christopher White | 2-21-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

My NOROTIN Needs To be Refilled, I was supposed To be seen by The Doctor In JAN, And on Feb 5th There seems To Be A Problem seting me In So I can get my Med's Renewed, Among Other Things.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

**Date / Time Received:** 2-22-08 0715 **Received by:**
**Date / Time Reviewed by RN:** **Reviewed by:** [signature] Kauffman

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

Renewal [illegible]

O: T: 97.1 P: 87 R: 14 BP: 115/76 WEIGHT: 278

A:
P: F/c MD 3/11/08

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP: DATE OF APPOINTMENT:

COMPLETED BY [illegible] NAME OF INSTITUTION SQSP

PRINT / STAMP NAME [illegible] SIGNATURE / TITLE [signature] DATE/TIME COMPLETED 2/25/08 0930

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| White, C | P-26845 | A5-105 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Clinton White | 3-1-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Need TO See The DOCTOR FOR CHEST PAIN, AND Shoulder PAIN.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | |
|---|---|
| **Date / Time Received:** 3/3/08 0730 | **Received by:** [signature] |
| **Date / Time Reviewed by RN:** | **Reviewed by:** [signature] |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

[illegible handwriting] only complaint was request to go back to the same regimen Blood Sugar check - once during the day instead of coming [illegible] in the morning

O: T: P: R: BP: WEIGHT:

A:

P: [illegible handwriting] today.

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☑ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY: M Kim | NAME OF INSTITUTION: SVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| M Kim | [signature] | 3-3-08 |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

ATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

NAME: White, C
CDC NUMBER: P-26845
HOUSING: A5 105

PATIENT SIGNATURE: Christopher White
DATE: 3-4-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I AM REQUESTING TO BE SEEN BY THE DOCTOR FOR CHEST PAIN AND RIGHT SHOULDER PAIN

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

**Date / Time Received:** **Received by:**

**Date / Time Reviewed by RN:** **Reviewed by:**

S: Chest pain relieved c NTG

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 97.3 P: 96 R: 16 BP: 112/68 WEIGHT: 278

A:

P: F/U MD

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:
DATE OF APPOINTMENT:

COMPLETED BY: [signature]
NAME OF INSTITUTION: SVSP

PRINT / STAMP NAME: [signature]
SIGNATURE / TITLE: [signature] RN
DATE/TIME COMPLETED: 3/5/08

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

RECEIVED MAR 07 2008

RECEIVED MAR 07 2008

Exhibit (D)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

July 16, 2008

WHITE, CHRISTOPHER, P26845
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

RE: IAB# 0730924 SVSP-08-02082 MEDICAL

Mr. WHITE:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

duplicate of 08-5071 ?

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

Location: Institution/Parole Region 1. SVSP Log No. 1. LA·08·2082 Category 8 CTC-2nd

2. 2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

referral Cardiologist referral denied 2X by HCM

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| White, C | P-26845 | N/A | A5-105 |

A. Describe Problem: This 602 APPEAL is Addressed To DR. LEE, CMO OF SVSP, And PURSUANT To Title 15 § 3084.5 Levels OF APPEAL And Disposition (A)(3)(D), And CONCERNING The Failure OF Duty To Approve OR Denie my PCP'S Request FOR CARdiologist Consult, Which has Twice Been Sent To You For Approval. Furthermore, This Failure To Act is A Violation OF CDCR Policy And The Policy under The PLATA Stipulation, Furthermore, And Also I Continue To Suffer From Chest Pains, And Yet I Am Not being Followed Every Thirty days Prior To being Seen by the Cardiologist. See ATTChed.

If you need more space, attach one additional sheet.

RECEIVED APR 28 2008

B. Action Requested: I AM Requesting That My medical Request For Cardiologist be Approved And Carryed out, As well A Nursing Supervisor Be Placed IN (A) Yard clinic To Ensure That All Policy And Procedures under PLATA And The CDCR Are Followed.

Inmate/Parolee Signature: Christopher White Date Submitted: 4-25-08

C. INFORMAL LEVEL (Date Received: ____________ )

Staff Response: ____________

Staff Signature: ____________ Date Returned to Inmate: ____________

INMATE APPEALS BRANCH JUN 11 2008 RECEIVED

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

Note: Property/Funds appeals must be accompanied by a compl Board of Control form BC-1E, Inmate Claim

0730924
P26845

CDC Appeal Number:

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: Due Date:

Interviewed by:

Staff Signature: Title: Date Completed:

Division Head Approved: Returned

Signature: Title: Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: Date Submitted:

Second Level ☑ Granted ☐ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: APR 2 8 2008 Due Date: 6/10/08

RET'D JUN 0 5 2008

☑ See Attached Letter

SVSP MEDICAL APPEALS APR 29 2008 RECEIVED

Signature: M Boyer DO (A) Date Completed: 6/4/08

Warden/Superintendent Signature: Barry Dean Heman Date Returned to Inmate:

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am dissatisfied Because the answers to my concerns failed to address my concers regarding Doctor Ordered Follow up Appointments, and the failure to provide 30 day follow up, while special consults or referrals made by PCP and in accordence with the Plata Plan or ~~or~~ to hold medical staff accountable for their failures or to provide for a day and time that inmates may speak to nursing supervisor about their concerns.

Signature: Christopher Arled Date Submitted: 6-6-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date:

I have waited over a year for this consult for Heart Problems. Yet you in your wisdom, have seen to it That I do not Receive The Proper care That my PCP Finds Necessary for me to have. A careful Review of Vol II of my medical Records will confirm That This has Been a on going Problem, which has not been solved.

I Really do not have an answer for your Failure to Approve and to see That The consult Takes Place., while I am on The subject of my medical care. Let me Point out one thing Further, And That is The Failure of (A) Yard Nursing Staff to follow up on The Doctor's Request to Re-Isuct me For Return Appointmens For Further Follow up care. When Ever The Doctor makes such a order It is Really Never Followed And Requiring me to File a 7362, And Taking up more Time For a Issue That is not being cared For because The Nurse's Fail to carry out The Doctors order's., And Thats Because There is No Actual Nursing Supervisor at The Clinic To See to It That Doctors orders Are Noted And Followed, As well As to ensure That The Nurse's Are Following CDCR And Platta Policy, which They Are Not, And to make Themselves Available For Inmate Problems or complaints. All of The Aforementioned IS A Violation of my Constitutional Rights To Proper medical care under The 8th Amendment.

State of California Department of Corrections and Rehabilitation

# Memorandum

Date: June 4, 2008

To: Inmate White, P26845
Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-A-08-02082

**ISSUE**:

The appellant claims that his primary care provider (PCP) submitted a referral request for him to be seen by a cardiologist but he has not been seen. The appellant also claims that nurses do not carry out doctor's orders when it comes to scheduling follow up visits because there is not a supervisor to ensure the nurses are following policy and procedures.

Appellant requests on appeal that his cardiology referral be approved and carried out. Appellant also requests that a nursing supervisor be placed in Facility A clinic to ensure that all policy and procedures are followed.

**INTERVIEWED BY**: Inmate White was not interviewed due to grant status

**REGULATIONS**: The rules governing this issue are:

**California Code of Regulations, Title 15 Section:**
3350 Provision of Medical Care and Definition
3350.1 Medical Treatment/Service Exclusions
3354.1 Health Care Responsibilities and Limitations

**SUMMARY OF INVESTIGATION**:

The First Level of Review (FLR) was bypassed. Ms. K. Wall, Director of Nursing, was assigned to investigate this appeal at the Second Level of Review (SLR). All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

The appellant's unit health record and the specialty clinic scheduling database has been consulted. The appellant's request for his cardiology consultation referral to be approved and to be carried out is granted in that he was seen by the cardiologist on May 2, 2008. The appellant's request for a nursing supervisor for Facility A is granted in that all facility clinics and all specialty clinics have a

**Inmate White, P26845**
**Case No. SVSP-A-08-02082**
**Page 2**

nursing supervisor assigned to ensure that policy and procedures are followed by all nursing staff assigned to their clinics.

**DECISION**: The appeal is Granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Barry Dixon (HCM/A)
CHARLES D. LEE, M.D.
Health Care Manager
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

**To: CTC** / NRSG

Date: April 29, 2008

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-A-08-02082** By Inmate WHITE, P26845

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue: MEDICAL

Due Date: **06/10/2008**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison