**FILED**
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,   CV 08  **3781**   SI

vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

Defendant.

**(PR)**

I, **Christopher White**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes **X** No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: **0**   Net: **0**

Employer: **PRISON DINNER**

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  JACKS JEWLERY AND LOAN
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,             Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                          Yes ___ No ✓
14    d.   Pensions, annuities, or                 Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,      Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                          Yes ✓ No ___
24  Spouse's Full Name: MARICA ROSEMARIE WHITE
25  Spouse's Place of Employment: UNKNOWN
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ UNKNOWN           Net $ UNKNOWN
28  4.   a.   List amount you contribute to your spouse's support: $ 0

- 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   ─0─
6   _____
7   5.   Do you own or are you buying a home?         Yes ____ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                    Yes ____ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ____ No ✓
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ ─0─           Utilities: ─0─
23  Food: $ ─0─           Clothing: ─0─
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____             $ _____           $ _____
27  _____             $ _____           $ _____
28  _____             $ _____           $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-23-08                    *Christopher White*

DATE                       SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **White, Christopher** P26845 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020            [prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **3.75** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **6.67**.

Dated: **7/31/08**         **L. Macias**

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                                                              REPORT DATE: 07/31/08
                                                                                                    PAGE NO:        1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   SALINAS VALLEY STATE PRISON
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 31, 2008

ACCOUNT NUMBER : P26845                              BED/CELL NUMBER: FAB5T1000000105L
ACCOUNT NAME   : WHITE, CHRISTOPHER ELDEN            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE    DESCRIPTION     COMMENT          CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

01/01/2008  BEGINNING BALANCE                                                            0.00
01/08*DD30 CASH DEPOSIT    1764 7207                          22.50                     22.50
01/10 W536 COPAY CHARGE    1795DCOPAY                                       5.00        17.50
02/15 FC01 DRAW-FAC 1      2145 A5                                         17.50         0.00
07/07*VD54 INMATE PAYROL   0033 P6/08                          5.39                      5.39
07/22 W536 COPAY CHARGE    0187DCOPAY                                       5.00         0.39
07/23 W536 COPAY CHARGE    0199 COPAY                                       0.39         0.00

                              CURRENT HOLDS IN EFFECT

DATE
PLACED     HOLD CODE       DESCRIPTION                      COMMENT         HOLD AMOUNT

07/15/2008 H114   COPAY FEE, MED.                         0137 COPAY             5.00

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/07/99                            CASE NUMBER: SA030238
COUNTY CODE: LA                                     FINE AMOUNT: $   1,000.00

DATE    TRANS.   DESCRIPTION                                TRANS. AMT.     BALANCE

01/01/2008  BEGINNING BALANCE                                                279.83

01/08/08  DR30  REST DED-CASH DEPOSIT                         25.00-         254.83
07/07/08  VR54  RESTITUTION DEDUCTION-SUPPORT                  5.98-         248.85

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

```
REPORT ID: TS3030 .701                                              REPORT DATE: 07/31/08
                                                                        PAGE NO:       2
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 31, 2008

ACCT: P26845        ACCT NAME: WHITE, CHRISTOPHER ELDEN          ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

BEGINNING         TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE         DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
----------      ----------    -----------    ----------    ----------    -------------
   0.00            27.89         27.89          0.00          5.00            0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                                5.00-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE   7/31/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] SVSP
    TRUST OFFICE

STATE OF CALIFORNIA                                     COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, Christopher White, declare under penalty of perjury that: I am the _____, in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 25 day of JULY, 2008, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) Christopher E. White
DECLARANT/PRISONER

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Jerome Barciryad, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On 7-25-08, 20___, I served the foregoing: NORTHERN DISTRICT 1983 WITH EXHIBITS AND FORMA PAUPERIS.

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof enclosed in sealed envelope(s), with postage thereof fully paid in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT
450 Goldengate Ave SAN FRANCISCO CAL. 94102

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 7-29-08, 20___                     Jerome B____



United States District Court
Northern District of California
c/o clerk of the court
450 Golbengate Ave
San Francisco Ca. 94102

RECEIVED
AUG 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christopher White P-26805
Salinas Valley State Prison
Facility (A) A5-105 P.O. Box 1050
Soledad, Ca 93960-1050

Legal Mail

Christopher White P-26865
Salinas Valley State Prison
Facility(A) A5-105 PO Box 1050
Soledad, CA. 93960-1050

U.S. District Court
Northern District of California
C/O Clerk of the Court
450 Goldengate Ave
San Francisco, CA 94102

LEGAL MAIL

LEGAL MAIL ONLY