UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER E WHITE,

    Plaintiff,

v.

CHARLES D LEE, MD et al,

    Defendant.

Case Number: CV08-03781 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher E. White P-26845
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 4, 2009

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk