UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER E WHITE,

        Plaintiff,

v.

CHARLES D LEE, MD et al,

        Defendant.

Case Number: CV08-03781 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher E. White P-26845
1632 W. 113th St.
Los Angeles, CA 90047

Dated: March 18, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk