UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELDEN WHITE, | No. C 08-3781 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. JOHN KASAWA, primary care physician; et al., | |
| Defendants. | |

Judgment is now entered in defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 17, 2010

_____
SUSAN ILLSTON
United States District Judge